# EXHIBIT 1

# Summary Plan Description

## Nestlé 401(k) Savings Plan

Discover Your Membership Advantages

## Contents

Your Savings Plan……………………………………………………………………………...2

Savings Plan Highlights…………………………………………………………………………2

Access to the Savings Plan……………………………………………………………………3

Joining the Savings Plan…………………………………………………………………………5

Your Contributions……………………………………………………………………………7

Employer Contributions…………………………………………………………………………10

Vesting……………………………………………………………………………………………11

Your Investment Options………………………………………………………………………13

Making Changes…………………………………………………………………………………16

Account Statements……………………………………………………………………………16

Loans from the Savings Plan…………………………………………………………………17

In-Service Withdrawals from the Savings Plan………………………………………………19

Distributions from the Savings Plan…………………………………………………………21

Taxes………………………………………………………………………………………………23

If You Leave Nestlé and Are Rehired…………………………………………………………26

Applying for Benefits……………………………………………………………………………26

Other Savings Plan Information………………………………………………………………27

Administrative Information………………………………………………………………………30

Your Legal Rights………………………………………………………………………………32

Your Savings Plan Resources…………………………………………………………………33

## Your Savings Plan

We all have goals for our future. These goals can seem pretty distant, but by taking even small steps toward them today, we can work to achieve success over time.

Financial security when you retire is an important goal, and one that the Nestlé 401(k) Savings Plan ("Savings Plan") can help you achieve. This valuable benefit combines your personal savings and contributions by Nestlé USA, Inc. ("Nestlé") or your Participating Employer into an investment for your future. The Savings Plan provides you with an easy way to save, and the result can be a significant amount of retirement income for you and your family.

The Savings Plan was established to encourage you to save for retirement on a regular, long-term basis. At retirement, the benefits from the Savings Plan will be available along with the benefits you may receive from other retirement programs, Social Security and any other personal savings to help provide you with a good foundation for financial security. Take advantage of this opportunity today. Learn about investing in the Savings Plan through regular payroll deductions, and then watch your savings grow!

The Savings Plan covers eligible employees of Nestlé and many of its Affiliates. A complete list of Participating Employers is in the *Administrative Information* section. This Summary Plan Description ("SPD") provides an overview of the key features of the Savings Plan in effect as of January 1, 2016**.** Complete details are contained in the Savings Plan document, which is the official legal document governing the operation of the Savings Plan. **If there is any discrepancy between this SPD and the provisions of the Savings Plan document, the Savings Plan document will govern.** If you have any questions after reading this SPD, please call toll-free at 1-877-NesCALL (1-877-637-2255) and select the "401(k) Savings" prompt to be connected to the Nestlé Smart**$aving** Call Center.

## Savings Plan Highlights

Below are highlights of the Savings Plan:

- You are eligible to join the Savings Plan immediately upon your date of hire.

- If you do not elect to join the Savings Plan, you will be automatically enrolled at a 6% contribution rate, unless you elect otherwise.

- You can elect to make contributions of 1% - 25% of your eligible pay to your Savings Plan account subject to certain IRS limits through convenient, automatic payroll deductions. **Certain additional restrictions apply to highly compensated employees.** A definition of "highly compensated employees" can be found in the *Your Contributions* section of this SPD.

- You can elect additional "catch-up" contributions if you will be age 50 or older during a calendar year and are eligible to participate in the Savings Plan.

- You are eligible to receive employer matching contributions of up to 4% of your eligible pay. **Note:** Catch-up contributions are not eligible for employer matching contributions.

- You may be eligible to receive an annual retirement contribution, based upon your eligible pay, age and years of eligible service, if you are hired, rehired or transfer from a Nestlé company which does not participate in the Savings Plan on or after January 1, 2016. If you are eligible to receive a retirement contribution, you will receive it whether or not you choose to make before-tax contributions to the Savings Plan.

- You may elect to have your Savings Plan account invested among the Savings Plan's investment options. You may choose from a wide variety of investment options offering various levels of risk and return.

- You are always fully vested in your own contributions to the Savings Plan, as adjusted for investment returns. This means they cannot be forfeited. You will become fully vested in your employer contributions, as adjusted for investment returns, after you have been employed by Nestlé and its Affiliates for three years or upon reaching age 65 while employed by Nestlé or any of its Affiliates, whichever is earlier.

- You can choose to directly roll over your distribution from a previous employer's eligible retirement plan into the Savings Plan.

- You may be eligible to request a loan or withdrawal from your Savings Plan account. Certain limitations and restrictions apply.

- You may take distribution of part or all of your account after you have terminated all employment with Nestlé and all Affiliates (including through a leasing or staffing agency), or after you reach age 59$^{1}$/$_{2}$.

The following sections explain each of these points in more detail.

## Access to the Savings Plan

Participating in the Savings Plan is easy and convenient! You can access your Savings Plan account online through the Nestlé Smart**$aving** website directly at nestle.voya.com. In addition, you can access your Savings Plan account with a touchtone telephone by calling the Nestlé Smart**$aving** Call Center's automated voice response system. The automated voice response system is available in both English and Spanish. English- and Spanish-speaking Nestlé Smart**$aving** Call Center Representatives are also available upon request. The Nestlé Smart**$aving** Call Center and Smart**$aving** Call Center Representatives are available by calling toll-free at 1-877-NesCALL (1-877-637-2255), selecting the "401(k) Savings" prompt, and following the prompts to be connected to a representative. In addition, the Nestlé Smart**$aving** Call Center offers a hearing impaired service ("TDD"). A TDD line is available by calling toll-free at 1-877-284-6207.

You can process most Savings Plan transactions through the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center, including:

- **Enrollment.** Establish your initial contribution rate, catch-up contribution amount and investment elections, or decline enrollment.

- **Contribution Changes.** Start, stop or change your contributions to the Savings Plan.

- **Contribution Rate Escalator.** Elect to have your contribution rate increased automatically.

- **Investment Changes.** Change your investment elections with respect to future contributions and/or current account balances.

- **Investment Fund Information.** View or request information about the available investment funds and their performance.

- **Account Rebalancing.** Elect to have your Savings Plan account automatically rebalanced on a periodic basis to your investment allocations on file for your future contributions.

- **Account Information.** Obtain your current Savings Plan account balance and the amounts you have available for a loan or withdrawal.

- **Loans.** Request a regular loan or pay off an existing loan.

- **Beneficiary Designation.** Elect your beneficiary designation if you are single or if you are married and are naming your spouse as your sole primary beneficiary.

- **Savings Plan Forms.** Request the following administrative forms:

  o *Prior Employer Retirement Contribution Form*—for notifying Nestlé of contributions which were made to another employer's eligible retirement plan during any one calendar year to avoid future tax liability at the end of the year.

  o *Savings Plan Beneficiary Designation Form*—for designating or changing your beneficiary.

  o *Savings Plan Rollover Contribution Form*—for rolling over your distribution from a previous employer's eligible savings or retirement plan.

  o *Self-Directed Brokerage Account Application*—for opening a Self-Directed Brokerage Account at TD Ameritrade.

Nestlé Smart**$aving** website:     nestle.voya.com

Nestlé Smart**$aving** Call Center:  1-877-NesCALL (1-877-637-2255). Select the "401(k) Savings" prompt.

The Nestlé Smart**$aving** website and the Nestlé Smart**$aving** Call Center automated voice response system are generally available 24 hours a day, 7 days a week. If you do not have a touchtone telephone or if you need to speak to someone, you can be connected to a Nestlé Smart**$aving** Call Center Representative between the hours of 7:30 a.m. and 8:00 p.m. (Eastern Time), Monday through Friday, excluding New York Stock Exchange ("NYSE") holidays.

You are not charged for accessing the Nestlé Smart**$aving** website. In addition, the **1-877-NesCALL** number is a toll-free call.

For TDD, dial 1-877-284-6207.

Representantes de habla hispana están disponibles para asistirlo durante días laborables (Lunes a Viernes) de 7:30 a.m. – 8:00 p.m. (Hora del Este) con excepción de los días que la Bolsa de Valores esté cerrada. El sistema de teléfono automático también está disponible en español.

**Entering the System**

For security reasons, you will always be prompted for two forms of identification when accessing the Nestlé Smart**$aving** website or calling the Nestlé Smart**$aving** Call Center:

•        Your Social Security Number, Employee ID or Username; and

•        Your password.

Since you are eligible to participate in the Savings Plan immediately upon hire, within a few weeks of your hire date, you will receive a Smart**$aving** Enrollment Kit that will provide you with Savings Plan enrollment materials, and a password in the mail. Your Enrollment Kit and password will be mailed separately for security reasons. The first time you access the Nestlé Smart**$aving** website or call the Nestlé Smart**$aving** Call Center, you must change your assigned password to a password of your choice.

You can change your password as often as you wish, however:

•        If you forget your password, you can request through the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center that your password be mailed to you.

•        If you have a valid email address on file for your account, you can request to have a temporary password sent to that email address. It is recommended that you access your account and add an email address if you do not have access to a Nestlé email address.

•        If you have previously set up security questions through the Nestlé Smart**$aving** website, you can reset your password through the website after successfully answering your security questions. If you incorrectly answer your security questions and your access to your account is locked, you cannot access your Savings Plan account again until you speak with a Nestlé Smart**$aving** Call Center Representative.

•        Your password is for your exclusive use. If you share your password with anyone else, that person could perform transactions related to your Savings Plan account. If you think someone knows your password or you suspect fraud with your account, it is your responsibility to contact a Nestlé Smart**$aving** Call Center Representative immediately.

•        It is recommended that you periodically reset your password for security purposes.

If you request an administrative form, it will be mailed to your current address on file with the Plan Administrator within one week of your request. A Nestlé Smart**$aving** Call Center Representative can also email an administrative form to an email address which you provide.

If you complete a transaction through the Nestlé Smart**$aving** website, with the automated voice response system, or with the assistance of a Nestlé Smart**$aving** Call Center Representative, a written confirmation of your transaction will be mailed to your current address on file with the Plan Administrator within one week of your transaction. You may also elect to receive your confirmations electronically through the Nestlé Smart**$aving**

website. Remember, you should always access your Savings Plan account to verify that your transactions were completed correctly.

## Joining the Savings Plan

### Eligibility

You are eligible to participate in the Savings Plan immediately upon your date of hire if you are a covered employee working for a Participating Employer. A Participating Employer means Nestlé or any of its Affiliates that adopt the Savings Plan. A list of Participating Employers is in the *Administrative Information* section of this SPD.

You are a covered employee if you are one of the following:

- A salaried employee on the payroll of any Participating Employer.
- A non-union hourly employee on the payroll of any Participating Employer (other than at the Itasca, IL (Willy Wonka) facility).
- An hourly employee on the payroll of a Participating Employer who is covered by a collective bargaining agreement which provides for participation in the Savings Plan at the following locations:
  - St. Louis, MO
  - Bloomfield, MO
  - Fairburn, GA
  - Oklahoma City, OK
  - Hager City, WI
- A salaried employee of a Participating Employer who is on a temporary foreign assignment as a salaried employee of a non-U.S. Nestlé-managed company being paid from a U.S. payroll, but only until such temporary foreign assignment ends or employment with the non-U.S. Nestlé-managed company or a Participating Employer ends.

You are not eligible to participate in the Savings Plan if you are one of the following:

- A nonresident alien employed by Nestlé or an Affiliate outside the United States.
- Covered by a collective bargaining agreement, unless the agreement provides for participation in the Savings Plan.
- A person performing services through a leasing arrangement or agreement or classified by a Participating Employer as such, or as an independent contractor, regardless of whether such individual may later be determined by a court or governmental agency to be a common law employee of a Participating Employer.
- Someone receiving compensation from a leasing or other nonaffiliated organization or from a source other than the regular payroll of a Participating Employer or Affiliate.
- Employed under an oral or written employment agreement or arrangement that excludes you from participation in the Savings Plan.
- A person eligible to make contributions under another defined contribution plan maintained by Nestlé or any Affiliate which contains a cash or deferred arrangement under 401(k) of the Internal Revenue Code (or a similar Puerto Rican or foreign retirement plan).

In addition, if a business organization or its assets are acquired by or merged into a Participating Employer, then the employees of that business organization will not become covered employees until the Savings Plan is amended, or the Board of Directors takes action, to specify that some or all of the employees shall become covered employees.

If you are no longer a covered employee but you continue working for Nestlé or an Affiliate, you will continue to earn vesting service under the Savings Plan until your termination date. Vesting service determines your right to your employer contributions. Vesting service is explained under "Vesting" in the *Employer Contributions* section of this SPD.

**Enrolling in the Savings Plan**

Within a few weeks of your hire date, you will receive a Smart**$aving** Enrollment Kit in the mail, which will provide you with Savings Plan enrollment materials. In addition, you will receive a password in a separate mailing. If you wish to join the Savings Plan at your own contribution rate and investment elections, you can do so by accessing the Nestlé Smart**$aving** website or by calling the Nestlé Smart**$aving** Call Center. Your contributions will generally take effect with the first pay period which begins after your request is processed. See the *Your Investment Options* section of this SPD or review the material within the *Smart$aving Enrollment Guide* for a detailed explanation of the investment funds.

If you do not voluntarily enroll in the Savings Plan or decline enrollment (see below), you will be "automatically enrolled" approximately 30 days after the date appearing on your *Automatic Enrollment Notification*. "Automatic enrollment" in the Savings Plan means that you will be enrolled with an initial contribution rate of 6%, and your contributions will be invested 100% in a Target Date Fund selected for you based on your date of birth on record in the Nestlé HR system and an assumed retirement age of 62. In addition, your contribution rate will increase by 1% per year on or about the anniversary date of your enrollment in the Savings Plan, until you reach the maximum deferral percentage of 25% (13% for highly compensated employees), unless you elect otherwise.

Remember, you can change your contribution rate, contribution rate escalator and investment elections at any time. The change in your contribution rate will generally take effect with the first pay period which begins after your request is processed.

If you will be age 50 or older during a calendar year, you can begin making catch-up contributions in addition to your before-tax and after-tax contributions anytime during that year and subsequent years. If you wish to begin making catch-up contributions, you must make a separate catch-up contribution election by logging onto the Nestlé Smart**$aving** website or by calling the Nestlé Smart**$aving** Call Center. Your catch-up contributions will generally take effect with the first pay period which begins after your request is processed. See "Catch-up Contributions" in the *Your Contributions* section of this SPD.

**Declining Savings Plan Participation**

If you choose not to make contributions to the Savings Plan, you can do so by accessing the Nestlé Smart**$aving** website or by calling the Nestlé Smart**$aving** Call Center to decline participation within 30 days of the date appearing on your *Automatic Enrollment Notification*.

**If you do not decline participation or voluntarily enroll in the Savings Plan within the 30-day period, you will be automatically enrolled in the Savings Plan and have contributions and employer matching contributions made on your behalf. If you stop contributing to the Savings Plan after you are automatically enrolled, any contributions made to your Savings Plan account will not be refunded to you until your employment with Nestlé and all of its Affiliates terminates or you become eligible to take an in-service withdrawal of part or all of your total vested Savings Plan account balance.**

**Transfers**

If you transfer to another Nestlé Affiliate or location that is a Participating Employer under the Savings Plan, your Savings Plan participation will continue under the terms and conditions of the Savings Plan that apply to your new location and job category. If you transfer to another Nestlé Affiliate or location that is not a Participating Employer under the Savings Plan, or you are no longer a covered employee under the Savings Plan, your contributions and employer contributions under the Savings Plan will stop, but you may be eligible to participate in another savings plan maintained by Nestlé or its Affiliates. In this case, your before-tax contributions, any after-tax contributions, any catch-up contributions and any employer contributions will be made in accordance with the provisions of such other plan.

If your new plan is either the Nestlé USA, Inc. Hourly Retirement Savings Plan or the Nestlé USA C&S Savings Plan, your existing Savings Plan account balances, as well as your contribution elections, will be directed to such plan at the same contribution rates as in effect under this Savings Plan until you make your own elections under that plan. Your investment elections in effect under the Savings Plan will also be in effect under your new plan until you change your investment elections under that plan.

If you transfer to employment with Nestlé or an Affiliate that is not eligible to participate in the Savings Plan, you will continue to earn vesting service credit for as long as you are employed by Nestlé or any of its Affiliates. You

will not be entitled to a distribution of your Savings Plan account until you leave Nestlé and all of its Affiliates or you become eligible to take an in-service withdrawal of part or all of your total vested Savings Plan account balance. You will still be able to access your Savings Plan account through the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center.

### Naming a Beneficiary

Your beneficiary is the person who receives your Savings Plan account balance in the event of your death. If you are not married, you can name anyone you want as your primary beneficiary. If you are married, your sole primary beneficiary automatically is your spouse, unless you select another primary beneficiary and your spouse consents. If you name someone other than your spouse as your primary beneficiary, your spouse must consent in writing in the presence of a notary public.

For purposes of the Savings Plan, a spouse is an individual to whom you are legally married, provided that your marriage is recognized under federal law. This rule includes same-sex marriages, but does not extend to domestic partnerships or similar arrangements that are not recognized as marriages.

You can name one or more primary beneficiaries to receive your Savings Plan account balance in the event of your death. You can also name one or more contingent beneficiaries to receive your Savings Plan account balance in the event you and all your primary beneficiaries should die before receiving payment of your total Savings Plan account.

If your beneficiary is a minor, the Savings Plan may be directed to make any payment due to someone authorized to conduct your beneficiary's affairs. This may be a relative or a court-approved guardian. To the extent allowed by law, any payment made to that person completely discharges the Savings Plan of any liability. This provision also applies if the person entitled to receive benefits is unable to care for his or her own affairs.

It is important that you keep your beneficiary designation information current and reevaluate your beneficiary designation as events in your life change. If you die and you have not named a beneficiary, or if all your designated beneficiaries die before you do, your Savings Plan account balance is paid to the first of the following who survive you: first, to your surviving spouse; then to your children (if a child is deceased, a share is divided among his or her descendants); then to your surviving parents; and finally to your estate.

If you are single or if you are married and naming your spouse as your sole primary beneficiary, you can designate or change your beneficiaries electronically on the Nestlé Smart**$aving** website or by contacting a Nestlé Smart**$aving** Call Center Representative. If you are married and naming someone other than your spouse as your primary beneficiary, you must complete a *Savings Plan Beneficiary Designation Form* and return it as instructed on the form. If you need a new form to change your beneficiary, you can request it through the Nestlé Smart**$aving** website or through the Nestlé Smart**$aving** Call Center. Remember, beneficiary designations made on the Nestlé Smart**$aving** website, through the Nestlé Smart**$aving** Call Center or by completing the *Savings Plan Beneficiary Designation Form* are used solely for the purpose of designating beneficiaries for your Savings Plan account. Other Nestlé-sponsored benefits that you may have, such as life insurance, will require separate beneficiary designation forms. Beneficiary designations in the proper form, as determined by the Administrator in its sole discretion, will take effect upon receipt by the Administrator; provided however, any beneficiary designation received by the Administrator after your death will be deemed an invalid designation and of no effect.

## Your Contributions

You decide how much to contribute to the Savings Plan. Your contributions are taken out of your pay automatically each pay period on a before-tax basis. Subject to the limits listed below, you generally can elect to contribute between 1% and 25% of your eligible pay on a per-paycheck basis (13% for a highly compensated employee - see below). Your contributions generally will take effect with the first pay period which begins after your request is processed.

Contributions and benefits under the Savings Plan are subject to certain limits set by law, listed below. The numbers listed below are the limits in effect for 2016, but all limits are adjusted by the IRS periodically to reflect changes in the cost of living:

- The amount that can be contributed to the Savings Plan as regular before-tax contributions ($18,000 in 2016);

- The total amount of regular before-tax, after-tax and employer contributions that can be contributed to the Savings Plan in a year (the lesser of 100% of your compensation or $53,000 in 2016);
- The amount that can be contributed to the Savings Plan as catch-up contributions ($6,000 in 2016); and
- The amount of eligible compensation that can to be considered for determining your contribution ($265,000 in 2016).

Updated IRS plan limits are available in the *Smart$aving Enrollment Guide* and on the Nestlé Smart**$aving** website at nestle.voya.com.

If you reach the before-tax contribution limit, your contributions to the Savings Plan will continue, but on an after-tax basis. That means your contributions will be taken out of your paycheck after federal and state income taxes are deducted from your pay. These contributions will be shown separately from your before-tax contributions and will be credited to your after-tax account. After-tax contributions are also eligible to receive employer matching contributions. Catch-up contributions do not count toward the before-tax contribution limit. If any contributions stop because you have reached one or more of these limits, your elected contributions will resume at the beginning of the next year.

Certain additional restrictions apply to the contributions of highly compensated employees. In general, an employee is a highly compensated employee for a year if in the previous year he had compensation from Nestlé and its Affiliates which is greater than an amount set by the IRS (for 2016, this is any employee who earned at least $120,000 in 2015). Because of the tax advantages of before-tax contributions, federal law requires Nestlé to conduct an annual test to ensure that the Savings Plan is advantageous to employees at all pay levels; a failure of the test may require some highly compensated employees to receive refunds of part of their regular before-tax contributions and related earnings. In an effort to avoid that result, the Savings Plan currently limits highly compensated employees to a maximum contribution rate of 13% of their total eligible pay. This maximum contribution rate of 13% of eligible pay applies on a per-paycheck basis. You will be contacted by the Plan Administrator if you become subject to this contribution limit.

For purposes of the Savings Plan, your "eligible pay" from which you can make contributions generally includes your regular annual compensation plus overtime, bonuses, and commissions. It also includes cost-of-living allowances, earned vacation pay and paid parental leave. It does not include special awards, relocation payments, severance pay, expense reimbursements, retirement incentive payments or employer contributions to the Savings Plan or any other benefit plan. (**Note**: Pay that is included or excluded for purposes of determining compensation for highly compensated employees and for certain IRS testing purposes may differ from "eligible pay" as described above.)

If you have contributed to another employer's savings plan during the year (including, but not limited to a 401(k) plan or Roth 401(k) plan, a 403(b) plan, a 457 retirement plan or another similar arrangement), this will affect how much you can contribute to the Savings Plan for the same calendar year. You must submit the *Prior Employer Retirement Contribution Form* (included in the Smart**$aving** Enrollment Kit or available from the Nestlé Smart**$aving** website or Nestlé Smart**$aving** Call Center) to advise Nestlé of your contribution amounts and any catch-up contribution amounts to the other employer's plan. Otherwise, you may incur negative tax consequences at the end of the year.

Rollovers from another employer's eligible retirement plan may also be contributed to this Savings Plan. This type of contribution is explained under *Direct Rollover Contributions* in this section of the SPD.

**Catch-up Contributions**

If you will be age 50 or older during a calendar year, you can elect to make catch-up contributions in addition to your regular before-tax and after-tax contributions anytime during that year and subsequent years. These catch-up contributions would be in addition to the lesser of the regular IRS before-tax contribution limit ($18,000 in 2016) or the Savings Plan contribution rate limit of 25% of eligible pay (13% for highly compensated employees). Catch-up contributions are not eligible for employer matching contributions.

To begin making catch-up contributions, you will need to make a separate catch-up contribution election. Catch-up contribution elections must be made in whole dollars, and you must elect the amount to be deducted from your eligible earnings **each pay period**. Your contributions generally will take effect with the first pay period which begins after your request is processed. This amount will continue to be deducted each pay period until the maximum catch-up limit ($6,000 in 2016) is reached or you change your election. Catch-up contributions are

deducted from your pay after all other payroll deductions are taken. If the amount remaining after the payroll deductions are taken is not enough to satisfy your catch-up contribution election, a lesser catch-up contribution amount or no catch-up contribution amount may be taken from your pay. Ultimately, this may affect your total catch-up contributions for the year.

Your catch-up contribution election will remain in effect until you change it. It will be your responsibility to elect a new catch-up contribution amount to adjust for any changes in the annual limit, if you desire to change it.

When reviewing your Savings Plan account, you will not see a separate amount for catch-up contributions. Your catch-up contributions will be included with your regular before-tax contributions.

To take full advantage of the catch-up contribution feature, you should make sure you contribute the **maximum** amount you can to the Savings Plan as regular before-tax contributions, as described above. This will also ensure that you receive the full employer match on your regular before-tax contributions.

If you fail to contribute the maximum amount permissible as regular before-tax contributions to the Savings Plan, some or all of the amounts you designate as catch-up contributions will be recharacterized as regular before-tax contributions. If your catch-up contributions are recharacterized, they will not be eligible for employer matching contributions.

### Saving on a Before-tax Basis

When you make regular before-tax contributions and catch-up contributions to the Savings Plan, these contributions are taken out of your eligible pay before federal income taxes and, currently, in all states except Pennsylvania, before state income taxes are calculated. This lowers your current taxable income, so you pay less in current federal and state income taxes.

### Contribution Rate Escalator

If you are automatically enrolled in the Savings Plan, your contribution rate will automatically increase 1% per year on or about the anniversary date of your enrollment until you reach the maximum deferral rate of 25% (13% for highly compensated employees).

Additionally, you can request automatic future increases to your contribution rate by selecting the Contribution Rate Escalator. You may elect a one-time automatic future contribution rate increase, or you may elect to have your contribution rate increased automatically on a quarterly, semiannual or annual basis. Your contribution rate increases must be in increments of 1%, and your election will remain in effect until you change it or you reach the 25% contribution rate limit. (Certain additional restrictions apply to highly compensated employees.)

Your Contribution Rate Escalator election will remain in effect even if you manually change your contribution rate. If your contributions to the Savings Plan are suspended due to a hardship withdrawal, your Contribution Rate Escalator election will also be suspended, but it will automatically restart after the suspension period ends. You can make your Contribution Rate Escalator election through the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center. You cannot select the Contribution Rate Escalator to automatically increase your catch-up contributions. Increases to your catch-up contributions must be made manually through the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center.

### Direct Rollover Contributions

If you are an active employee of Nestlé or its Affiliates and have previously participated in another employer's eligible retirement plan, you may be able to directly roll over the amount distributable to you from your former plan into this Savings Plan. You can roll over all or a portion of your distribution whether taxable or nontaxable (i.e., any amounts that have already been taxed, such as after-tax contributions, including Roth 401(k) amounts). The former plan's administrator must certify that the former plan is an eligible retirement plan, and if your distribution includes Roth 401(k) amounts, must certify the first day of the "five-year participation period" for Roth 401(k) amounts. The rollover must also be approved by the Plan Administrator. For this purpose, an "eligible retirement plan" is either a plan that meets Internal Revenue Code requirements for a qualified plan (such as a 401(k) savings plan) or a 403(b) annuity plan.

You can roll over the amount distributable to you from your former plan as soon as you receive your Smart**$aving** Enrollment Kit, which will include a *Savings Plan Rollover Contribution Form* and instructions. You can process a rollover even if you are not yet contributing to the Savings Plan. You may elect the investment funds in which to

invest your rollover. This investment election would be a separate election from the investment election you have on file for your future contributions. If you do not make an investment election on the rollover form, your rollover will be invested according to your current investment elections on file. If you are not participating in the Savings Plan, you must elect the investment funds in which to invest your rollover; otherwise, your rollover will be invested 100% in a Target Date Fund selected for you based on your date of birth on record in the Nestlé HR system and an assumed retirement age of 62. If you have any questions, call the Nestlé Smart**$aving** Call Center as soon as possible after your account in your former plan becomes payable.

The Savings Plan may allow terminated employees who are participants in the Nestlé Pension Plan or the Nestlé Hourly Retirement Plan to roll over their lump sum distribution payments from that plan into their Savings Plan account. Certain restrictions apply. To determine if you are eligible, call the Nestlé Smart**$aving** Call Center.

A statement confirming your rollover will be mailed to you after the rollover has been processed.

The direct rollover rules explained in the *Taxes* section of this SPD will apply to any direct rollover contribution you make to this Savings Plan.

If you wish to roll over a distribution that has been paid directly to you, please see the discussion in the *Taxes* section of this SPD.

### Your Contributions Upon Termination

Upon termination of employment, your previous contribution rate will automatically be set to 0%. This means no contributions will be taken from any severance or "trailing" bonuses or other payments made after your final regular paycheck.

## Employer Contributions

### Matching Contributions

To encourage you to save, Nestlé or your Participating Employer will also contribute to your Savings Plan account by "matching" all or part of your contributions (including any after-tax contributions that may be made if you reach the before-tax contribution limit). Currently, Nestlé or your Participating Employer will contribute to your Savings Plan account one dollar for every dollar you contribute, up to the first 3% of your eligible pay, and 50 cents for every dollar you contribute, up to the next 2% of your eligible pay, for a maximum employer matching contribution of 4% of your eligible pay. **If you do not contribute at least 5% of your eligible pay to the Savings Plan, you are not receiving the maximum amount of employer matching contributions.** Employer matching contributions are credited to an employer contributions account each pay period and are invested in the same way as your own contributions. **Note:** Catch-up contributions are not eligible for employer matching contributions.

**FOR EXAMPLE:**

Assume you earn $30,000 a year and contribute 6% of your eligible pay to the Savings Plan. Here's how the employer matching contributions help you build your retirement savings:

| | |
|---|---|
| Your annual before-tax contributions (6% of your eligible pay) | $1,800 |
| Annual employer matching contributions | $1,200 |
| Annual savings | $3,000 |

This is your savings for one year without including investment returns.

### Retirement Contributions

Certain employees who, on or after January 1, 2016, are hired, rehired, or transferred into employment eligible for coverage under the Savings Plan will be eligible for an annual retirement contribution, provided they are not eligible to participate in a Nestlé defined benefit pension plan.

You will be eligible for a retirement contribution in a year if you are a covered employee and:

- You are not in one of the excluded groups of employees listed below; and
- You are actively employed by Nestlé or an Affiliate as a covered employee on the last day of the plan year (December 31).

Even if you do not satisfy the December 31 requirement in a year, you will still be eligible for the retirement contribution if the reason is that during the year: (i) you retired at or after age 55 with 3 years of service or at age 65, (ii) you died, (iii) you became disabled, or (iv) you transferred out of employment that is eligible for the annual retirement contribution but continued to be employed by Nestlé or an Affiliate on the last day of the plan year. In any of those cases, you will be entitled to a pro rata retirement contribution based on the part of the year in which you were employed in a position eligible for the retirement contribution.

The following groups of employees will not be eligible for the retirement contribution:

- Employees of Prometheus Laboratories, Inc.;
- Hourly employees at Danville, Virginia;
- Hourly Nestlé Purina Petcare Company employees; and
- Home based expatriates on temporary assignment in the U.S. from a non-U.S. Nestlé location.

**Calculation**

If you are eligible for a retirement contribution for a plan year, the amount of the retirement contribution for that plan year is a percentage of your eligible pay for that plan year as defined in the *Your Contributions* section of this SPD. The percentage depends on the sum of your age and service points for the plan year, as follows:

| Age Points Plus Service Points | Percentage for Plan Year |
|---|---|
| Less than 40 | 3% |
| 40 to 49 | 4% |
| 50 to 59 | 5% |
| 60 to 69 | 6% |
| 70 to 79 | 7% |
| 80 to 89 | 8% |
| Greater than 89 | 9% |

Your age points are determined as of each December 31 based on your age calculated using your date of birth as reflected on the HR system. Your service points are determined from your "adjusted service date," as determined in accordance with the Company's policies and procedures and reflected in its HR records. Generally, this means your total years of service with Nestlé or an Affiliate, both before and after a break in service. There may be exceptions to this rule, though, and you should check with your HR representative if you have any questions. Both age and service points are rounded down to the nearest whole number.

The retirement contribution generally will be made during the first quarter of the calendar year following the year in which the eligible pay related to the retirement contribution is earned. You will receive a confirmation statement advising you of the amount of your retirement contribution. If you are eligible for the retirement contribution, you will receive it whether or not you choose to make before-tax contributions to the Savings Plan.

Any retirement contributions for which you are eligible to receive will be allocated to your retirement contribution account and will be invested as described under the *Your Investment Options* section of this SPD.

**Note:** It is your responsibility to verify that your age and years of service are accurately reflected within the Savings Plan's records so that your retirement contribution is calculated correctly. If an error is discovered, the corrected age or service generally will only affect future retirement contributions. Nevertheless (1) if you find an error shown on the first confirmation statement you are sent that reflects a year's retirement contribution and you report the error to the Savings Plan within 90 days of the date of the confirmation statement, the contribution reflected in the confirmation statement will be corrected; (2) if an error is determined by the Plan Administrator to have been caused by a systemic issue, it may be corrected for all affected years, and (3) if the Company determines that you reported an incorrect birthdate or hire date which increases your retirement contributions, any excess amounts that were credited to you may be removed from your Savings Plan account.

## Vesting

To be "vested" means you have a nonforfeitable right to the portion of your Savings Plan account balance attributable to your employer contributions, as adjusted for investment returns, which are your investment gains and losses. You earn vested rights to those contributions after you have been employed by Nestlé and its

Affiliates for three years or upon reaching age 65 while employed at Nestlé or any of its Affiliates, whichever is earlier. You always have a nonforfeitable right to your before-tax contributions, catch-up contributions, after-tax contributions and rollover contributions, as adjusted for investment returns.

"Vesting service" is counted from your date of hire with Nestlé or any of its Affiliates until your termination date. Your service with Nestlé or an Affiliate before you started participating in the Savings Plan counts as vesting service.

If you leave employment with Nestlé and all of its Affiliates prior to age 65 and with fewer than three years of vesting service, you will not be vested in, and therefore will not receive, any employer contributions that were made to your Savings Plan account or any investment returns on those contributions.

You automatically become 100% vested in the employer contributions portion of your Savings Plan account if:

- Nestlé closes the facility that employs you, and you continue to work until Nestlé releases you.
- Nestlé sells the facility that employs you, and either:
    - You do not become employed by the purchaser or by Nestlé immediately following the sale; or
    - The purchaser does not accept an automatic transfer of the Savings Plan accounts of the employees transferred from the facility. *Note: An automatic transfer of accounts is different from a voluntary rollover into the purchaser's savings plan that you may be permitted to make if the purchaser does not accept an automatic transfer.*
- You are entitled to receive disability benefits under Social Security or an employer-sponsored disability program of a Participating Employer of the Savings Plan that provides benefits for long-term disability. In order to be 100% vested, your disability may not result from your committing a criminal act, from substance abuse, or from an intentionally self-inflicted injury.
- You die while you are employed by Nestlé or any of its Affiliates. In this situation, your total Savings Plan account becomes payable to your beneficiary.

**Leaves of Absence and Temporary Layoffs**

You will not forfeit the employer contributions which were credited to your Savings Plan account prior to (i) an approved leave of absence, (ii) a Family and Medical Leave Act ("FMLA") leave of absence, or (iii) a period during which you are laid off from your employment with Nestlé or an Affiliate, while you are on such leave or during any such period of layoff which lasts 12 months or less. The reason is that a leave of absence or a period of layoff of 12 months or less is not considered to be a termination of employment under the Savings Plan. The duration of any leave of absence or period of layoff for up to 12 months will also count toward your vesting service as long as you return to work with Nestlé or any of its Affiliates at the end of such leave of absence or period of layoff.

**Military Service**

If you are engaged in qualified military service (generally, service in any of the uniformed services entitling you to reemployment rights), then, subject to relevant requirements, the following applies:

- Savings Plan loan repayments may be suspended during qualified military service;
- The interest rate on your Savings Plan loan will not exceed 6% during your period of qualified military service and, upon your return to work with Nestlé or any Affiliate, will return to the original interest rate in effect when you took your loan (if the interest rate on your loan was greater than 6%);
- A termination of employment will not occur due to qualified military service if you return to work with Nestlé or any of its Affiliates at the end of the military service;

If you were on a military leave of absence and return to employment with Nestlé or an Affiliate in the time permitted under law:

- You will have the opportunity to make up the contributions you would have been eligible to make if you had not been engaged in qualified military service. The time in which you may make up your contributions will end on the earlier of the fifth anniversary of your return to work or the end of a period equal to three times your

length of military service;

- If you make up the contributions to the Savings Plan as described above, Nestlé will make the employer matching contributions to your Savings Plan account that would have been made had you not been engaged in qualified military service;

- You will automatically be credited with the retirement contribution amounts you would have received if you had remained in employment during your period of military leave; and

- Upon your return to work with Nestlé or any Affiliate, the qualified military service counts as vesting service for calculating vesting in your Savings Plan account.

### Forfeited Employer Contributions

If you are not 100% vested upon your termination of employment, any employer contributions, and associated investment returns, that are not vested are subject to forfeiture from your Savings Plan account, in accordance with applicable plan terms. Forfeited amounts will be used either to pay the administrative expenses of the Savings Plan or to offset employer contributions.

## Your Investment Options

You have the right to direct the investment of all contributions made to your Savings Plan account in accordance with the investment options made available to you. The Savings Plan offers three groups of investment options (discussed in more detail below):

- Target Date Funds
- Core Funds
- Self-Directed Brokerage Account

Target Date Funds can offer a convenient "one-stop" approach to help you work toward your long-term retirement goals. Target Date Funds are diversified portfolios that become more conservative as each Fund nears its target date.

Additionally, Core Funds representing a broad selection of asset classes provide you the opportunity to create your own investment mix.

Expanded investment opportunities are also available through a Self-Directed Brokerage Account that includes thousands of well-known retail mutual funds from a variety of fund companies that cover a broad range of asset classes.

Any fund or combination of funds is permitted, as long as your choices are in increments of 1% and the total equals 100%. You can make separate investment elections for all of your *future* contributions (your contributions and employer contributions) **and** all of your accumulated existing Savings Plan account balances.

You may change your investment elections at any time through the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center. See the *Making Changes* section of this SPD for more information.

### Target Date Funds

The Target Date Funds ("the Funds") are a series of portfolios that are designed to invest in a variety of asset classes. With the exception of the Target Date Income Fund ("Income Fund"), each is managed to the specific target year stated in its name and automatically becomes more conservative over time. Each Fund is generally designed to provide exposure to a variety of asset classes through investments in equity, fixed income, commodities, real estate, and cash and cash alternative assets to varying degrees, depending on its proximity to the target date. With the exception of the Income Fund, each Fund's asset allocation strategy will change over time according to the strategic asset allocation glide path. The glide path represents the shifting of asset classes and investments over time. As a Fund approaches its target date, its primary investment objective moves from seeking total return to a greater emphasis on current income and inflation protection (i.e., more emphasis on fixed income assets and cash and less on equity and other assets). It is intended that each Fund's target asset allocation will reach that of the Income Fund by the end of its target year and the Fund will then be merged into the Income Fund.

The Income Fund uses an asset allocation strategy designed for participants who are retired or expect to retire in the near future, and represents the most conservative point on the glide path. Nonetheless, the Income Fund will retain a significant allocation to equities and other securities and therefore can go down in value. Investments in the Funds are not guaranteed in any way. No Fund is designed to provide guaranteed income at any time, including at or after the target date.

Information about the Target Date Funds can be found in the *Nestlé Savings Plan Quarterly Investment Summary*, which is included in the Smart**$aving** Enrollment Kit. This information, as well as a Target Date Fund fact sheet, can also be viewed on the Nestlé Smart**$aving** website or requested via the Nestlé Smart**$aving** Call Center.

### Default Fund

It is your responsibility to review and select the appropriate investment fund(s) for your situation from the broad range of available options in the Savings Plan, and Nestlé urges you to do so. However, if you do not make an investment election, your Savings Plan account in most instances will be automatically invested in one of the Target Date Funds, which are the "Default Funds" in the Savings Plan. In effect, if you fail to make a different investment election under the Savings Plan, you will be electing to invest your Savings Plan account in the default fund. The Target Date Fund designated as your default fund is selected for you based on your birth date on record in the Nestlé HR system and an assumed retirement age of 62.

(**Note:** The default fund for an alternate payee or beneficiary will be the Conservative Income Fund. This Fund was chosen for alternate payees and beneficiaries instead of a Target Date Fund because, due to the short time these accounts typically stay in the Savings Plan, preservation of principal generally would be viewed as more important than investment earnings.)

### Core Funds

If you wish to build and manage your own Savings Plan investment portfolio, you may select any combination of the professionally managed Core Funds.

The Core Funds are institutional funds comprised of a mix of index and active managers to provide low cost, high quality funds offering a wide variety of risk and return characteristics. Because these are institutional funds, the investment performance information for these funds is not published in public media. You must refer to the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center for this information.

For additional information about the Core Funds, including strategy, benchmarks and risk, refer to the *Nestlé Savings Plan Quarterly Investment Summary*. This information, along with Fund Fact sheets, can be viewed on the Nestlé Smart**$aving** website or they can be requested via the Nestlé Smart**$aving** Call Center.

### Trade Restriction

To discourage excessive trading, certain investment funds may have trade restrictions associated with transfers into or out of a fund. This usually means that if a participant transfers any amount out of a fund with a trade restriction, transfers back into the fund will not be permitted for a period of time set by the fund. The participant's transfers into and out of non-restricted funds will not be affected. Payroll contributions and loan repayments are not considered transfers or reallocations into a fund, and loans and withdrawals are not considered transfers or reallocations out of a fund, since they do not involve any investment election changes. Transfers/reallocations made as a result of the quarterly Automatic Periodic Rebalancing feature are also not considered a transfer/reallocation. Transfers/reallocations resulting from advice provided by the Voya Advisor Service, however, are considered transfers/reallocations into or out of a fund. Refer to information regarding any trade restrictions on the Nestlé Smart**$aving** website or within the *Nestlé Savings Plan Quarterly Investment Summary*.

Mutual funds in the Self-Directed Brokerage Account may also have redemption fees or other restrictions related to frequent activity. Please refer to the individual mutual fund prospectus for details.

### Self-Directed Brokerage Account

The Self-Directed Brokerage Account offers you expanded choices for creating your own investment mix. You can select any combination of well-known retail mutual funds within the Self-Directed Brokerage Account offered through TD Ameritrade.

If you want to invest in the Self-Directed Brokerage Account, you must first complete a *Self-Directed Brokerage Account Application*. You will receive a notice confirming that your Self-Directed Brokerage Account has been created, and you will be sent a separate password and user ID in the mail. You may access your Self-Directed Brokerage Account by logging onto the Nestlé Smart**$aving** website and selecting the Self-Directed Brokerage Account website link in the Savings Plan account balance section or by calling TD Ameritrade directly toll-free at 1-866-766-4015. Initial elections in the Self-Directed Brokerage Account must be for a minimum investment of $1,000 and may be requested through the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center. If you choose to invest in the Self-Directed Brokerage Account, you will be charged a $50 annual fee, deducted proportionately on a monthly basis from your Target Date Fund and Core Fund investments. Also, mutual funds within the Self-Directed Brokerage Account may have additional fees associated with them. Please refer to the mutual fund prospectus for detailed information on a specific fund. Transfers within the Self-Directed Brokerage Account must be completed through TD Ameritrade by logging onto the Nestlé Smart**$aving** website and selecting the Self-Directed Brokerage Account website link in the Savings Plan account balance section or by calling them directly toll-free at 1-866-766-4015.

Your payroll deductions cannot be allocated directly to the Self-Directed Brokerage Account. Therefore, if you choose to invest in the Self-Directed Brokerage Account, your contributions each pay period must be invested in the Target Date Funds and/or certain Core Funds you select. You may then transfer amounts into the Self-Directed Brokerage Account. Certain restrictions may apply. Please refer to information on the Nestlé Smart**$aving** website, or the *Nestlé Savings Plan Quarterly Investment Summary,* for additional details.

**Important Note**

No one can predict exactly how your Savings Plan account will grow. The value of your Savings Plan account depends on numerous factors, including:

- How much you save;
- How long you save;
- Employer contributions;
- Your investment elections;
- How often you transfer or reallocate your funds; and
- Whether or not you take loans or withdrawals.

Before making your investment elections, please take the time to review the information within the Smart**$aving** Enrollment Kit. It will provide you with a description of each of the investment funds available in the Savings Plan and tips on determining your personal investment strategy. You may request a copy of the Smart**$aving** Enrollment Kit and/or obtain more information about the available investment funds, including fund fact sheets, and tips on investment strategies by logging onto the Nestlé Smart**$aving** website or by calling the Nestlé Smart**$aving** Call Center.

**Automatic Periodic Rebalancing**

As the value of investment funds change due to investment returns, it may be necessary to rebalance your funds to ensure they remain consistent with your investment goals. To make this process easier, you may elect to have your Savings Plan account automatically rebalanced on a periodic basis. Your investment fund allocations will be rebalanced to your investment elections in effect for your future contributions as of the date your Savings Plan account is rebalanced. The Automatic Periodic Rebalancing election feature described here applies only to the Target Date Funds and Core Funds, not to the mutual funds in the Self-Directed Brokerage Account.

You may elect the date to begin automatic rebalancing of your Savings Plan account. Your Savings Plan account will be automatically rebalanced every 90 days after the initial rebalancing until you make an election to stop the automatic rebalancing. Log onto the Nestlé Smart**$aving** website or call the Nestlé Smart**$aving** Call Center to elect Automatic Periodic Rebalancing.

**Your Responsibility**

You are entirely responsible for the financial performance of your Savings Plan account based on the investment decisions you make. Neither Nestlé, nor any of its Affiliates nor any other organization or person with responsibility for the Savings Plan operation or administration guarantees financial performance or is liable for any investment loss resulting from investment decisions that you (or your beneficiary) make with respect to your

Savings Plan account. In this regard, the Savings Plan is a plan that complies with Section 404(c) of the Employee Retirement Income Security Act of 1974 ("ERISA"). That is, participants and beneficiaries are responsible for directing the investment of the amounts credited to their Savings Plan accounts. In accordance with regulations issued by the Secretary of Labor under Section 404(c) of ERISA, to the extent that you are responsible for the investment of amounts credited to your Savings Plan account, neither the trustee, Nestlé, any Affiliate of Nestlé nor the Plan Administrator has any liability or responsibility with respect to either the investment decisions that you make or any losses that you may incur as a result of any investments made at your direction. Moreover, even if Section 404(c) of ERISA did not apply, you would still control, and be responsible for, the investment of your Savings Plan account.

## Making Changes

You can change your contributions and the way your Savings Plan account is invested whenever you desire.

### Changing Your Contributions

You can request to start, stop or change your contributions at any time, as often as you like. Contribution changes can be made simply by accessing the Nestlé Smart**$aving** website or by calling the Nestlé Smart**$aving** Call Center, and will generally take effect with the first pay period which begins after your request is processed.

### Changing Your Investment Strategy

If your investment strategy changes, you can change the investment mix of both your accumulated existing Savings Plan account balances and your future contributions through the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center.

Remember that elections to transfer balances into the Self-Directed Brokerage Account from the Target Date Funds or Core Funds can only be processed after a Self-Directed Brokerage Account has been created for you. These transfers can take place through the Nestlé Smart**$aving** website by processing a fund transfer in the Manage Investment section, or by calling the Nestlé Smart**$aving** Call Center.

Changes to the investment of your accumulated existing Savings Plan account balances or of your future Savings Plan contributions among the Target Date Funds and Core Funds generally take effect as of the close of the same business day of your request, provided that your request was completed by the earlier of the close of the NYSE or 4:00 p.m. (Eastern Time). Any changes made after the earlier of the close of the NYSE or 4:00 p.m. (Eastern Time), on weekends or on any holidays when the NYSE is closed will become effective as of the close of the following business day. Transfers from the Target Date Funds or Core Funds to the Self-Directed Brokerage Account generally take effect two days after your request is processed.

Nestlé anticipates that investment changes will generally be executed in the time frames noted above. However, the actual ability to effectuate trades depends on market conditions and the underlying investments in the funds. Neither Nestlé, nor its Affiliates, nor the Savings Plan nor the Savings Plan fiduciaries can guarantee that all trade instructions will, in fact, be executed within the usual time frames.

In addition, Nestlé and the Savings Plan fiduciaries must reserve the right to withdraw the ability of participants to make changes in investment elections on a daily basis, with respect to some or all of the investment funds. Thus, the daily transactions feature may have to be suspended if it is inconsistent with the prudent exercise of fiduciary duties.

## Account Statements

You will receive a quarterly account statement from the Savings Plan as of March 31, June 30, September 30 and December 31 of each year. Statements will be mailed directly to your current address on file with the Plan Administrator. You may also elect to have quarterly account statements made available to you electronically. This election can be made on the Nestlé Smart**$aving** website. Each statement will provide a summary of the activity in any of the Target Date Funds or Core Funds in your Savings Plan account during the quarter. If you invest all or any portion of your Savings Plan account in the Self-Directed Brokerage Account, the statement will also provide your balance in the Self-Directed Brokerage Account; however, you will receive a separate statement of Self-Directed Brokerage Account activity from TD Ameritrade. The Self-Directed Brokerage Account statements will be mailed monthly for any month in which there is activity within your account or quarterly, if there is no activity within your account.

The account information provided to you is important, and you may need to refer to it later for financial planning or tax purposes. Therefore, your statements should be retained permanently in a safe place. You can generate a prior Savings Plan account statement through the Nestlé Smart**$aving** website or request a statement by calling the Nestlé Smart**$aving** Call Center.

You may request a prior Self-Directed Brokerage Account statement by logging onto the TD Ameritrade website or by calling TD Ameritrade at 1-866-766-4015. For Mutual Fund Window account statements or information for periods prior to July 1, 2014, you may call State Street Global Markets at 1-866-544-0070.

## Loans from the Savings Plan

It's generally true that the longer you save and the longer you go without withdrawing your savings, the more money you'll have at retirement. However, you may have a need at some time to borrow money from your Savings Plan account. A loan lets you take money out of your Savings Plan account and then repay your Savings Plan account with interest. Under current tax laws, the interest you pay on a regular or home loan from the Savings Plan is not tax deductible on your income tax return.

### Types of Loans

There are two types of loans available to Savings Plan participants who are active Nestlé employees: regular loans and home loans.

### Regular Loans

You can take a regular loan for any reason. You can elect from six months to 60 months to repay a regular loan. Deductions are taken from your paychecks on an after-tax basis to repay your loan.

### Home Loans

You can take a home loan to buy or build your primary residence. The loan amount can include your down payment and closing costs only. You cannot take a home loan to pay off your current mortgage, refinance or remodel your current home, or buy or build a vacation or retirement home. You can elect from 6 months to 180 months to repay a home loan. Deductions are taken from your paychecks on an after-tax basis to repay your loan.

### Applying for a Loan

Follow these steps to inquire about and apply for a loan:

- Access the Nestlé Smart**$aving** website or call the Nestlé Smart**$aving** Call Center to find out the amount you may borrow and the current interest rate which you will be charged on your loan. You may model different loan amounts and repayment schedules. If you decide to request a loan, you may do so through the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center.

- A regular loan will generally be processed the same business day as your loan request is completed, provided that your loan request was completed by the earlier of the close of the NYSE or 4:00 p.m. (Eastern Time); otherwise, your loan will be processed on the next business day.

  o A *Truth-in-Lending Disclosure & Additional Loan Terms* notice that describes the terms of your loan, including the interest rate and the repayment amount, will be mailed to your current address on file with the Plan Administrator within three to five business days. By applying for and processing a loan, you are agreeing to the terms and conditions of the loan as stated in the *Truth-in-Lending Disclosure*. Your loan check will be mailed with your *Truth-in-Lending Disclosure* to your current address on file with the Plan Administrator or deposited to your bank account on file within three to five business days following the processing of the loan. Your endorsing, depositing (including direct deposit), cashing, negotiating, presenting or otherwise executing the loan payment is further confirmation of your agreement to the terms and conditions of the loan as stated in the *Truth-in-Lending Disclosure*.

- A home loan is applied for in the same manner as described above, but you will also receive a promissory note that you must sign and return to the address provided on the form. In addition, you must provide required documentation about the loan before the loan will be processed.

- You can request a direct deposit of your regular or home loan amount by entering your banking information online through the Nestlé Smart**$aving** website in advance of requesting your loan or by completing an *Application for Electronic Deposit of Future Payments*, which you can request through the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center. To have the option of having the loan proceeds directly deposited to your bank account, the loan must be requested through the Nestlé Smart**$aving** website.

If you are no longer actively employed with Nestlé or a Participating Employer, you are not eligible to borrow from the Savings Plan.

### How Much You Can Borrow

The amount of money available to you for a loan is based on your total vested Savings Plan account balance; however, no loans are available from the employer contributions in your Savings Plan account or the investment returns on them. In addition, you may have only one regular loan outstanding at any time and only one home loan outstanding at any time.

### Minimum Amount

The minimum loan amount is $1,000.

### Maximum Amount

Under current federal law, you can borrow the lesser of the following two amounts:

- 50% of your vested Savings Plan account balance, reduced by your current outstanding loan balance (if any);
  
  or

- $50,000, less your highest outstanding loan balance during the past 12 months.

The money you borrow is taken from your investment funds on a pro rata basis, excluding amounts that are invested in the Self-Directed Brokerage Account. Money for the loan is taken first from your grandfathered Roth account, then your Roth rollover account, then your before-tax account, then your after-tax accounts, then your non-Roth rollover account, then your grandfathered profit sharing account, and finally from your RRSA account, if any.

**Note:** If you want amounts that are invested in the Self-Directed Brokerage Account to be included in your loan, you must liquidate and transfer those amounts to any of the Target Date Funds or Core Funds prior to requesting the loan.

It is your responsibility to ensure that you can meet the payments under your loan for the duration of the loan period. Your loan payment amount is based on the amount of the loan, interest rate, and length of time to repay the loan.

### Interest Rate

When you take a loan, you repay the principal and interest to your Savings Plan account. The interest you pay into your Savings Plan account helps to make up a portion of the investment returns you may have had on the money you borrowed if you had not taken a loan.

The interest rate you will pay on your loan is 1% above the prime rate as it appears in *The Wall Street Journal* on the last business day of the month immediately prior to the month during which you request a loan. The rate remains the same throughout the term of your loan. (Certain guidelines apply to participants on active military leave. See "Military Service" in the *Vesting* section of this SPD.)

### Loan Fee

A non-refundable $50 loan fee, which is used to offset the administrative expenses of the Savings Plan for processing your loan, is deducted from your Savings Plan account for each loan you take from the Savings Plan.

### Paying Back Your Loan

Loan payments are made to your Savings Plan account and are invested directly into the investment funds you have chosen for your future contributions. Loan payments are made by regular payroll deductions with after-tax dollars. However, keep in mind that these payments are credited back to the original accounts from which they

were taken. For example, if your loan was taken from the before-tax account, the payments will be credited back to the before-tax account.

Loan are usually repaid through automatic payroll deductions. However, if deductions are not taken through payroll due to not receiving pay, having insufficient pay, or for any other reason, it is your responsibility to ensure that manual payments are made on a timely basis to keep your loan current. You must contact a Nestlé Smart**$aving** Call Center representative to make arrangements to continue scheduled loan payments.

You can pay off your loan early, but only by a single payment of the entire outstanding principal balance and accrued interest. Log onto the Nestlé Smart**$aving** website or call the Nestlé Smart**$aving** Call Center to obtain the amount due on your loan. Your payroll deductions will be stopped as soon as administratively possible after your payment is received. Any payroll deductions made after your payment is received will be refunded to you. If you pay off a regular loan early, you are not permitted to request another regular loan for 60 days.

You cannot make partial payments or extra payments on the principal of a loan, and you cannot renegotiate your payment schedule or interest rate.

If you take an unpaid leave of absence from your employment, or if you are temporarily laid off, you are required to contact a Nestlé Smart**$aving** Call Center Representative to make arrangements to continue scheduled loan payments. If you are on leave from Nestlé or any Affiliate due to qualified military service, your loan payments may be suspended during the time of such service and will resume at the time you receive your first paycheck from Nestlé or any Affiliate following your return to employment.

If you have been determined to be disabled by the Social Security Administration, you have the option to make manual loan payments. If you do not start manual loan payments immediately, your outstanding loan balance will be defaulted approximately 90 days after your last loan payment was made. (This is explained further under *If You Do Not Repay Your Loan* below.)

If you are on salary continuation, loan payments will continue to be deducted from your pay.

### If You Do Not Repay Your Loan

If you are an active employee and loan repayments are not received for ninety (90) days (other than as a result of certain military service) or you do not repay your loan in accordance with the terms of the Savings Plan, your loan is considered to be in default and your outstanding loan balance will become currently taxable to you. Also, you will not be permitted to request another loan of any type from the Savings Plan until the original, outstanding loan is repaid in full, including accrued interest from the date the loan became taxable to you.

If you terminate your employment with Nestlé and all of its Affiliates and you do not repay the full amount of your loan within 60 days of the later of your date of termination or the date you receive your final salary continuation paycheck, the loan will be considered to be in default. To avoid being in default, you should pay the outstanding loan balance before the earlier of the 60-day period described above or the date you request a distribution from the Savings Plan.

If you default on your loan, your outstanding loan balance, including any accrued interest, will become subject to federal and state income taxes, as described later in the *Taxes* section of this SPD. Also, if you are under age $59^{1}/_{2}$, you may be subject to a 10% additional tax on early distributions.

## In-Service Withdrawals from the Savings Plan

### Hardship Withdrawals

You are encouraged to keep your money in your Savings Plan account so it can grow in value for your future retirement needs. However, if you have an immediate and heavy financial need that cannot be met from other resources reasonably available to you, you may be able to take a hardship withdrawal from your Savings Plan account; however, you may not withdraw your employer contributions or the investment returns on them.

Under current Savings Plan rules, expenses that may qualify for hardship withdrawals are:

- A down payment on the purchase of your principal residence (excluding any mortgage payments).
- Tuition expenses and related educational fees, including room and board, for the next 12 months of postsecondary education for you, your spouse, children or dependents.

- Unreimbursed medical expenses for you, your spouse, children or dependents.

- Expenses to prevent eviction from or foreclosure on your principal residence.

- Burial or funeral expenses for your deceased parent, spouse, children or dependents.

- Expenses for repair of damage to your principal residence that would qualify as deductible casualty expenses (without regard to the 10% "floor" for deductibility).

You may increase your requested hardship withdrawal amount by the amount necessary to pay income taxes anticipated as a result of your withdrawal.

Expenses eligible for a hardship withdrawal must total a minimum of $1,000 or they will not be considered for payment, even if your available hardship withdrawal amount is less than $1,000.

To qualify for a hardship withdrawal, you cannot have any financial resources available to meet the expense, other than a hardship withdrawal from your Savings Plan account. Available resources include reimbursement or compensation from insurance or other sources, reasonable liquidation of your assets, personal investments or savings, and loans or withdrawals from this Savings Plan or other commercial sources.

A hardship withdrawal is treated as a taxable distribution under current tax law. The only exception is for any after-tax contributions you may receive as part of the withdrawal. (Your hardship withdrawal comes out of your vested Savings Plan account first from your grandfathered Roth account, then from your Roth rollover account, then from your after-tax accounts, then from any non-Roth rollover accounts, then from your before-tax account, then from your grandfathered profit sharing account, and finally from your RRSA account, if any.) You should be aware that any taxable withdrawal made before you reach age $59\frac{1}{2}$ may be subject to a 10% additional tax on early distributions. The rules governing taxation of withdrawals from the Savings Plan are explained in the *Taxes* section of this SPD. Hardship withdrawals are taken from your investment funds on a pro rata basis, excluding any amounts that are invested in the Self-Directed Brokerage Account. **Note:** If you want amounts that are invested in the Self-Directed Brokerage Account included in your hardship withdrawal, you must liquidate and transfer those amounts to any of the Target Date Funds or Core Funds prior to requesting the withdrawal.

Amounts paid to you as part of your hardship withdrawal are not eligible for a direct rollover.

You may receive only one hardship withdrawal during any 12-month rolling period.

You may want to consult a tax advisor before you withdraw money from the Savings Plan.

**Applying for a Hardship Withdrawal**

You can apply for a hardship withdrawal at any time by completing a *Savings Plan Hardship Withdrawal Application* form and submitting the completed form along with the proper supporting documentation to the address provided on the form. *Savings Plan Hardship Withdrawal Application* forms are available on the Nestlé Smart**$aving** website or you can call the Nestlé Smart**$aving** Call Center to request one. If your request is approved, a hardship withdrawal check will be processed and mailed to your current address on file with the Plan Administrator or deposited into your bank account on file as soon as administratively possible. You can elect direct deposit of your hardship withdrawal amount by entering your banking information online through the Nestlé Smart**$aving** website in advance of your request of your hardship withdrawal or by completing an *Application for Electronic Deposit of Future Payments*, which you can request through the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center.

**Savings Plan Contribution Suspensions**

Your contributions to the Savings Plan and any similar plans maintained by Nestlé and its Affiliates will be suspended for a period of six months beginning immediately after approval and processing of your hardship withdrawal request under this Savings Plan or any other plan maintained by Nestlé and its Affiliates. You will not be permitted to make any payroll contributions to the Savings Plan, including catch-up contributions, during this suspension period. Consequently, you will not receive any employer matching contributions during this same period. However, if you are eligible to receive a retirement contribution during this suspension period, you will receive this amount.

If you elected the Contribution Rate Escalator, the Contribution Rate Escalator will also be suspended after the approval and processing of your hardship withdrawal request. Your contribution rate in effect prior to the hardship withdrawal processing will automatically resume at the end of the suspension period. If you have an active Contribution Rate Escalator election, it also will be resumed automatically after your suspension period ends. However, if you elected to make catch-up contributions, your catch-up contribution election will not be automatically reinstated. You will need to make a new catch-up contribution election once the six-month suspension period has ended.

### Non-Hardship Withdrawals

- **Rollover Withdrawals.** If you rolled over any funds from another employer's eligible retirement plan into the Savings Plan, you may access those funds by taking a rollover withdrawal while you are actively employed by Nestlé or an Affiliate. If you have a Roth rollover account, you must process a separate rollover withdrawal to withdraw part or all of those amounts.

- **Age 59½ Withdrawals.** If you have attained age 59½ and continue to be employed by Nestlé or an Affiliate, you have the right to request a withdrawal from the Savings Plan of any amount, up to your total vested Savings Plan account balance. Money for your withdrawal is taken first from your after-tax accounts, then from any non-Roth rollover accounts, then from your before-tax account, then from your grandfathered profit sharing account, then from your vested employer matching contribution account, then from your RRSA account, then from your vested retirement contribution account, and finally from your qualified non-elective contributions ("QNEC") account, if any. If you have a grandfathered Roth account or Roth rollover account, you must process a separate Roth age 59½ withdrawal to receive those funds.

- **Grandfathered Withdrawals.** If you were a participant in a predecessor plan and had the right to take non-hardship withdrawals under that plan, you may still make certain non-hardship withdrawals from this Savings Plan. Access the Nestlé Smart**$aving** website or call the Nestlé Smart**$aving** Call Center to find out whether or not you have a grandfathered withdrawal amount available to you.

You may request a non-hardship withdrawal through the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center. You may also request direct deposit of your non-hardship withdrawal amount by entering your banking information online through the Nestlé Smart**$aving** website in advance of requesting the non-hardship withdrawal or by completing an *Application for Electronic Deposit of Future Payments*, which you can request through the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center. Non-hardship withdrawals are taken from your investment funds on a pro rata basis, excluding any amounts that are invested in the Self-Directed Brokerage Account. **Note:** If you want amounts that are invested in the Self-Directed Brokerage Account to be included in your withdrawal, you must liquidate and transfer those amounts to any of the Target Date Funds or Core Funds prior to requesting the withdrawal.

Any taxable portion of a withdrawal from the Savings Plan, other than a hardship withdrawal, will be subject to the 20% mandatory withholding rules unless those monies are directly rolled over into an Individual Retirement Account ("IRA") or another eligible retirement plan. The rules governing withholding on amounts not directly rolled over are further explained in the *Taxes* section of this SPD. You may want to consult a tax advisor before making a withdrawal. As explained earlier, you should be aware that any taxable withdrawal, including an in-service withdrawal, made before you reach age 59½ may be subject to a 10% additional tax on early distributions, in addition to the federal and state income taxes you may owe.

## Distributions from the Savings Plan

When you leave Nestlé and its Affiliates for most reasons, you are entitled to receive the value of your vested Savings Plan account in a single lump sum payment. If your vested Savings Plan account balance is greater than $5,000 at the time you terminate employment, you can defer payment and request partial distributions from your Savings Plan account. You will automatically be issued information regarding your distribution options after you become eligible to receive your payment. You can request a total or partial distribution through the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center.

You can elect to have all or a portion of your total or partial distribution from your Savings Plan account balance (other than required minimum distributions) paid directly to an IRA or an eligible retirement plan in a direct rollover. However, the minimum amount you can request as a direct rollover is $200. Any taxable amounts paid directly to you as a result of a total or partial distribution of your Savings Plan account balance will be subject to

regular income taxes. In addition, if you terminate your employment before the calendar year in which you reach age 55, you may be subject to a 10% additional tax on early distributions, unless you defer payment until you reach age 59½. The taxable amount paid to you will be reduced by a mandatory 20% federal withholding tax, but in most situations, this federal withholding tax will not cover the regular federal and state taxes and the early distribution tax, if applicable. If you elect a direct rollover of the taxable portion of your Savings Plan account balance to an IRA or an eligible retirement plan, the amount rolled over will not be subject to any taxes until withdrawn from the IRA or eligible retirement plan.

You will not be entitled to an immediate distribution if you transfer employment to a company related to Nestlé or any of its Affiliates or to a joint venture related to any Participating Employer or Affiliate. You will, however, be entitled to an immediate distribution if the business entity that employs you is sold to a buyer unrelated to Nestlé and its Affiliates and the buyer does not assume any liability under the Savings Plan.

If you are on a temporary layoff, you will not be eligible for a distribution of your vested Savings Plan account until the earlier of your termination from Nestlé and its Affiliates or the date on which you have been on temporary layoff for 12 consecutive months.

If you continue to perform services for Nestlé or any of its Affiliates as a leased employee through an agency (such as Adecco or Kelly Services), you will not be able to receive a total distribution of your Savings Plan account balance until you are no longer performing services as a leased employee. As a leased employee, you may be eligible for certain withdrawal options.

**Total Distributions**

Generally, distributions are made to you in a single lump sum payment as soon as possible after you become eligible and make an election for payment. Alternatively, as long as your vested Savings Plan account balance exceeds $5,000 at the time you terminate employment, you can defer payment of your Savings Plan account until a later date, but not later than the April 1 that occurs in the calendar year following your attainment of age 70½, at which time the IRS requires minimum distribution payments to begin. **Note:** You must liquidate any amounts you have invested in the Self-Directed Brokerage Account and transfer those amounts to any of the Target Date Funds or Core Funds in order to receive a total distribution of your vested Savings Plan account balance.

**Partial Distributions**

If you defer payment of your vested Savings Plan account until a later date, you may be eligible to request a partial distribution from the Savings Plan any time after your termination of employment. You can request a partial distribution in any amount from the Savings Plan at any time. If your account balance is reduced to $5,000 or less, you will no longer have the partial distribution option available to you. You may elect a direct rollover of all or a portion of your partial distribution to an IRA or an eligible retirement plan as long as the amount you request as a direct rollover is at least $200. The money distributed to you is taken from your investment funds on a pro rata basis, excluding amounts that are invested in the Self-Directed Brokerage Account. **Note:** If you want amounts that are invested in the Self-Directed Brokerage Account included in your partial distribution, you must liquidate and transfer those amounts to any of the Target Date Funds or Core Funds prior to requesting the partial distribution. Money for your partial distribution is taken first from your after-tax accounts, then from your non-Roth rollover accounts, then from your before-tax account, then from your grandfathered profit sharing account, then from your vested employer matching contribution account, then from your RRSA, then from your vested retirement contribution account, and finally from your QNEC account, if any. If you have a grandfathered Roth account or Roth rollover account, you must process a separate Roth partial distribution to receive those funds.

**Automatic Distributions**

If your vested Savings Plan account balance is $5,000 or less at the time you terminate employment, you will not be permitted to keep your Savings Plan account balance in the Savings Plan. You may elect to have your vested Savings Plan account balance paid directly to you in a single lump sum payment or paid directly to an IRA or an eligible retirement plan. If you have any amounts invested in the Self-Directed Brokerage Account, you must liquidate and transfer those amounts to any of the Target Date Funds or Core Funds prior to requesting the distribution. The minimum amount you can request as a direct rollover is $200.

At the time you terminate employment, if your vested Savings Plan account balance is greater than $1,000 but no more than $5,000 and you do not timely elect to receive your distribution in cash or directly roll over your distribution to an IRA or eligible retirement plan, your total vested Savings Plan account balance will be

transferred from the Savings Plan to a Voya Employer's Rollover IRA ("Voya Rollover IRA"). If your vested Savings Plan account balance is $1,000 or less and you do not timely elect to directly roll over your distribution to an IRA or eligible retirement plan, you will automatically receive your total vested Savings Plan account balance as a single lump sum payment.

If your vested Savings Plan account balance is automatically rolled over, a Voya Rollover IRA will be created in your name and your Savings Plan account will be transferred to the newly created IRA. **Note:** If your Savings Plan account of $5,000 or less holds both non-Roth amounts and Roth amounts, two separate Voya Rollover IRAs will be established on your behalf.

Once your automatic distribution from the Savings Plan is processed, Voya will send you a confirmation statement notifying you of your rollover to the Voya Rollover IRA. A non-refundable account establishment fee of $20 will be deducted for each Voya Rollover IRA established on your behalf at installation.

Additionally, an annual maintenance fee of $20 will be deducted on each anniversary and upon full withdrawal. These fees may reduce principal and will apply separately to each Voya Rollover IRA account established on your behalf.

### Annual Required Minimum Distributions

Once you reach age 70½, the Savings Plan will begin making the annual minimum distributions required by law if you have terminated employment. The IRS requires the first minimum distribution payment to be made no later than the April 1 that occurs in the calendar year following your attainment of age 70½ and each subsequent payment to be made annually on or before December 31. The amount of each distribution will be calculated in accordance with a table published by the IRS. Amounts distributed as a required minimum distribution are taxable income to you, are not eligible for rollover into an IRA or an eligible retirement plan, and will be subject to 10% withholding unless you elect a different amount or elect no withholding.

Your minimum distribution payment will be taken from funds held in your Target Date Funds or Core Funds. If, however, there are not sufficient funds in your account allocated to the Target Date Funds or Core Funds to satisfy your required minimum distribution payment, the amount necessary to satisfy the payment will be withdrawn from your Self-Directed Brokerage Account on a pro rata basis.

If you have a grandfathered Roth or Roth rollover account, this balance will be taken into account when calculating your required minimum distribution amount. You may be able to reduce the amount of your future required minimum distribution if you process a rollover of the Roth portion of your Savings Plan account to a Roth IRA (**Note:** Roth IRA's are not subject to minimum distribution payments). Money for your minimum distribution is taken first from your after-tax accounts, then from your non-Roth rollover accounts, then from your before-tax account, then from your grandfathered profit sharing account, then from your employer matching contribution account, then from your RRSA account, then from your retirement contribution account, then from your QNEC account, then from your grandfathered Roth account, and finally from your Roth rollover account.

Because of the complexity of the laws regarding required minimum distribution payments, you should consult with a tax or financial advisor before you reach the required commencement date for minimum distributions.

### Payments to Your Beneficiary

In the event of your death, your beneficiary will generally receive payment of your Savings Plan account balance in the form of a single lump sum payment no later than 60 days after the end of the calendar year in which your death occurs. If you die after you have started receiving required minimum distributions, your beneficiary may need to receive a required minimum distribution prior to the distribution of your entire Savings Plan account.

## Taxes

As explained earlier, you pay no federal income taxes on your Savings Plan before-tax contributions or catch-up contributions for the year in which they go into the Savings Plan. Currently, in all states except Pennsylvania, you also pay no state income taxes on your before-tax contributions or catch-up contributions for the year in which they go into the Savings Plan.

Federal and state taxes on your before-tax contributions and catch-up contributions continue to be deferred until your Savings Plan account is paid to you. Taxes are also deferred on employer contributions, rollover contributions and investment returns in your Savings Plan account as long as they remain in the Savings Plan.

Your Savings Plan account becomes taxable at the time of payment. However, you may be eligible for additional tax advantages then, too, depending on when and how your Savings Plan account is paid.

You will receive a *Right to Defer/Special Tax Notice* that contains detailed information about plan payments, including the tax implications, with each quarterly account statement and when you become eligible to receive a distribution of your Savings Plan account. Please refer to this notice when you request any type of payment from your Savings Plan account.

### Direct Rollover

If you receive a distribution or a withdrawal from the Savings Plan, other than a hardship withdrawal or required minimum distribution, you can roll over both the taxable and nontaxable portions into an IRA or an eligible retirement plan (provided the rollover institution accepts rollovers of after-tax contributions) and continue to defer taxes. If your Savings Plan account contains Roth amounts, be sure to ask if the rollover institution accepts Roth 401(k) amounts. The amount you roll over must be at least $200 (including both non-Roth and Roth amounts, if applicable). If you roll over the taxable amount directly into an IRA or into an eligible retirement plan, no income tax will be withheld from the transferred amount.

### Payment to You

If you have the taxable portion of your distribution or withdrawal paid to you instead of transferring it directly into an IRA or an eligible retirement plan:

- You will receive 80% of the taxable portion of the amount to be paid to you. By law, the Plan Administrator must withhold and send 20% of the taxable portion of your distribution or withdrawal (other than a hardship withdrawal or required minimum distribution) to the IRS as federal income tax withholding to be credited against your taxes due. Amounts paid as a hardship withdrawal or a required minimum distribution will be subject to 10% withholding for federal income taxes, unless you elect a different percentage or amount or elect no withholding. Also, depending on your state or country of residence, additional income tax withholding may be required. A Nestlé Smart**$aving** Call Center Representative can inform you of any additional mandatory withholding.

- The taxable portion of the amount paid to you, including a hardship distribution or a required minimum distribution, will be subject to regular federal income taxes in the year of payment, unless you are able to take advantage of 10-year forward averaging (see section below) following a distribution of your fully vested Savings Plan account balance.

- If you are younger than age 55 at the time of your termination of employment, you may be subject to a 10% additional tax on early distributions, as described below. Similarly, if you are younger than age 59½ and are actively employed, you may be subject to a 10% additional tax on early distributions.

### Rollover After Payment to You

You can still roll over the taxable portion of your distribution or withdrawal to an IRA or an eligible retirement plan within 60 days after you receive a payment from the Savings Plan. Taxes will be deferred on the amount you roll over until it is subsequently distributed to you. However:

- If you want to roll over 100% of the taxable portion of your distribution, you must use other funds to make up for the 20% withheld by the Plan Administrator for federal income tax and any state taxes withheld, if applicable; or

- If you do not roll over the entire amount of the taxable portion of your distribution, the portion not rolled over will be taxed and possibly subject to a 10% additional tax on early distributions. This includes the 20% that was withheld for federal income taxes.

Certain exceptions may apply to the rollover eligibility of your payment from the Savings Plan. You will receive a *Right to Defer/Special Tax Notice* that contains detailed information about rollovers, including the tax implications, with each quarterly account statement and when you become eligible to receive a distribution of your Savings Plan account. You should refer to this notice prior to taking a withdrawal or distribution from the Savings Plan.

**10% Additional Tax on Early Distributions**

You should be aware that if you are actively employed and are not yet age 59$^{1}/_{2}$, or if you terminate your employment with Nestlé and all Affiliates before the calendar year in which you reach age 55 and take a distribution of your Savings Plan account before you reach age 59$^{1}/_{2}$, any payment (except for a loan that is not in default) made from your Savings Plan account may be subject to a 10% additional tax on early distributions, in addition to regular income tax. Some states also impose additional taxes on early withdrawals from the Savings Plan. These additional taxes of 10% apply to all taxable portions of your payment that are not rolled over into an IRA or an eligible retirement plan. The additional taxes may also apply to money you withdraw from your Savings Plan account for either hardship or non-hardship reasons while you are actively employed, and to a loan that is defaulted.

The additional 10% tax does not apply to payments made due to termination in the year you reach age 55 or later, total and permanent disability, death or certain other events specified by the Internal Revenue Code. Because the state penalty tax laws vary, be sure to check your state's tax laws before you receive a distribution from the Savings Plan.

**10-Year Forward Averaging**

If you were age 50 or older as of January 1, 1986, you have been in the Savings Plan for at least five years and you take your Savings Plan account balance as a single lump sum, you can choose a form of tax treatment called 10-year forward averaging, using 1986 tax rates.

Ten-year forward averaging works by computing the tax on one-tenth of your taxable distribution using 1986 tax rates for a single individual and multiplying the result by 10.

Your election is a one-time decision. A tax or financial advisor can determine whether this approach will be more favorable in your case.

**Loans**

Loans from the Savings Plan are not subject to taxes, either when the loan is made or as long as you keep your payments current. If your loan is in default, the outstanding loan balance, plus interest accrued to the time of default, will become taxable. See the *Loans from the Savings Plan* section of this SPD for further information.

**After-tax Contributions**

If you have any after-tax contributions in the Savings Plan, those contributions are not taxed at the time of payment since you already paid taxes on the contributions before they went into the Savings Plan. Even though they are not taxable, they are eligible for rollover into an IRA and may be eligible for rollover into an eligible retirement plan. Any investment returns on your after-tax contributions are usually taxable when distributed, unless you roll them into an IRA or other eligible retirement plan.

**Roth 401(k) or Roth Rollover Contributions**

The Savings Plan does not offer the ability to make Roth 401(k) contributions. However, the Savings Plan will accept Roth rollover contributions, and some participants may have grandfathered Roth accounts from merged plans. If you have any grandfathered Roth or Roth rollover amounts in the Savings Plan, those contributions are not taxed at the time of payment since you already paid taxes on the contributions before they went into the Savings Plan. Even though they are not taxable, they are eligible for rollover into an IRA or an eligible retirement plan, but special rules may apply, so you should be sure to ask if the rollover institution will accept Roth 401(k) amounts. Any investment returns on your Roth 401(k) amounts are usually not taxable, unless the distribution of the Roth 401(k) amounts is not a qualified distribution. A qualified distribution generally means you have met a five-year participation period and the distribution is being made after you have reached age 59 ½ or on account of your death or disability.

**An Important Point About Tax Laws**

Because of the complexity of the tax laws, you should consult a tax or financial advisor to help you use the tax laws to your maximum advantage before you take money out of the Savings Plan. Remember that state income tax laws vary and are not the same as federal income tax laws, so be sure to check your state's tax laws as well.

## If You Leave Nestlé and Are Rehired

If you leave Nestlé and then return to work with Nestlé or any Affiliate, your vesting under the Savings Plan may be affected.

### Vesting

If you are rehired by Nestlé or any of its Affiliates, your prior service will count for vesting if:

- You had participated in the Savings Plan and were vested in any part of your Savings Plan account on your termination date; or

- You are rehired within five years of your termination date.

In addition, the time you are away will count toward your service for vesting if you are rehired within one year after whichever of these two dates occurs first:

- Your termination date; or

- The first day of any leave of absence, layoff or military service, after which you did not return to work.

### Forfeited Account Balances

If you are not vested when you terminate employment, your employer contributions, and any investment returns attributable to those contributions will be forfeited in accordance with the terms of the Savings Plan. However, if you return to work for Nestlé or any Affiliate before five years pass, the amounts that were forfeited will be recredited to your Savings Plan account as of your rehire date and will be subject to the Savings Plan's vesting requirements. Forfeited employer contributions that are re-credited to your Savings Plan account will be allocated according to the investment elections in effect for future contributions at the time the amount is re-credited.

### Your Contributions Upon Rehire

You are eligible to rejoin the Savings Plan immediately upon your rehire date. Within a few weeks of your rehire date, you will receive a Smart**$aving** Enrollment Kit in the mail. If you wish to rejoin the Savings Plan at your own contribution rate and investment elections, you can do so through the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center.

If you do not voluntarily enroll in the Savings Plan or decline enrollment following your rehire, you will be "automatically enrolled" approximately 30 days after the date appearing on your *Automatic Enrollment Notification*. "Automatic enrollment" in the Savings Plan means that you will be enrolled with an initial contribution rate of 6%, and your contributions will be invested 100% in a Target Date Fund selected for you based on your date of birth on record in the Nestlé HR system and an assumed retirement age of 62. In addition, your contribution rate will increase by 1% per year on or about the anniversary date of your enrollment in the Savings Plan, until you reach the maximum deferral percentage of 25% (13% for highly compensated employees), unless you elect otherwise.

Remember, you can change your contribution rate, contribution rate escalator and investment elections at any time. The change in your contribution rate will generally take effect with the first pay period which begins after your request is processed.

If you choose not to make contributions to the Savings Plan by declining automatic enrollment, you can do so by accessing the Nestlé Smart**$aving** website or by calling the Nestlé Smart**$aving** Call Center to decline participation within 30 days of the date appearing on your *Automatic Enrollment Notification*.

If you are automatically enrolled because you do not decline participation or voluntarily enroll in the Savings Plan within such 30-day period, you may stop contributing to the Savings Plan at any time after automatic enrollment, but any contributions made to your Savings Plan account will not be refunded to you until your employment with Nestlé and all of its Affiliates terminates or you become eligible to receive a distribution from the Savings Plan.

## Applying for Benefits

You can apply for payment of your vested Savings Plan account balance through the Nestlé Smart**$aving** website or by calling the Nestlé Smart**$aving** Call Center after you become eligible for a distribution. Application for other

Savings Plan benefits for which you may be eligible can also be initiated through the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center.

**Appealing Any Claims Denied**

If there is ever any disagreement about your Savings Plan benefits, Nestlé hopes that it can be resolved quickly and informally. However, if that is not possible, formal procedures are available so that you can appeal the denial of your claim for benefits.

If your claim for benefits is denied partly or entirely, the Plan Administrator will send you a notice of the denial within 90 days (45 days in the case of an application for disability retirement benefits) after the Plan Administrator receives your application for benefits. If a decision on your claim cannot be made within 90 days or 45 days, as applicable, you will be notified of that fact in writing. A decision must be made within 180 days (105 days in the case of an application for disability retirement benefits).

The notice of denial of your claim for benefits will be in understandable language and will include the reason for the denial. The notice will also include reference to the specific Savings Plan provisions on which the denial is based, an explanation of any additional information needed to make the claim acceptable, and an explanation of the process for appealing denied claims.

If you do not agree with the denial, you can request a review of the decision by the appeals committee established under the Savings Plan. This is done by submitting a written request for review within 60 days (180 days in the case of a claim for disability retirement benefits) after you receive the denial notice. Prior to the review by the appeals committee, you or your representative may examine documents related to your claim and submit comments in writing. The Plan Administrator may also submit written information.

If determined appropriate by the appeals committee, a hearing may be part of the review process. In that case, the appeals committee must give you at least seven days' notice before the hearing is held.

After completing its review, the appeals committee will send to you and the Plan Administrator a written notice of its decision. Normally, the appeals committee will make its decision within 60 days after receiving your request for review (45 days in the case of a claim for disability retirement benefits). If a decision cannot be made within 60 days or 45 days, as applicable, you will be notified of that fact in writing. The decision must be made within 120 days (90 days in the case of a claim for disability retirement benefits).

The notice of the appeals committee's decision will be in understandable language. It will include the specific reasons for the decision and will refer to the specific Savings Plan provisions on which the decision is based. The appeals committee's decision is final and binding on you, the Plan Administrator and the Savings Plan trustee.

When the Plan Administrator or the appeals committee makes a decision concerning your application for benefits, they have the full power under the Savings Plan to interpret the Savings Plan; to resolve ambiguities, inconsistencies and omissions; and to determine your right to and the amount of your benefits, if any.

If you decide to file a lawsuit in a court of law challenging the decision of the appeals committee, you must file such lawsuit within 365 days (one year) of the date that the appeals committee issues its decision, and any such lawsuit may only be filed in the United States District Court for the Northern District of Ohio. You may not bring a lawsuit on any issue that was not raised in the claims appeal process.

## Other Savings Plan Information

**Situations Affecting Your Savings Plan Benefits**

The Savings Plan is designed to provide you with income for your retirement. Some situations could affect your Savings Plan benefits.

- If you terminate employment before you participate in the Savings Plan, you will not receive any benefits from the Savings Plan.

- If you terminate employment before you are vested in your employer contributions, you will not receive those contributions or any associated earnings.

- If you are a highly compensated employee, federal law and regulations limit the amount you can contribute to the Savings Plan.

- If you do not apply for payments from the Savings Plan before stated deadlines, or if you do not provide the information requested by the Plan Administrator, your payments may be delayed.

- If your address on file with the Plan Administrator is incorrect, payments from the Savings Plan may be delayed. Additionally, you may not receive account statements of your Savings Plan account balance and other important Savings Plan information.

Nestlé anticipates that your requests for election changes, information and/or payment will be processed within the time periods described in this SPD. However, neither Nestlé, nor the Savings Plan nor the Savings Plan fiduciaries can guarantee that processing and/or mailing delays that affect the ordinary operation of the Savings Plan will not occur. If a processing and/or mailing delay occurs, the changes, information or payment you request may be delayed as a result.

### Plan Amendment, Termination, Merger or Consolidation

Nestlé presently intends to continue the Savings Plan indefinitely. The Participating Employers also presently intend to continue contributing to the Savings Plan.

However, because future circumstances cannot be anticipated, Nestlé and the Participating Employers reserve the right to end or change all or any part of the Savings Plan or to stop contributing to the Savings Plan at any time and for any reason. Changes to the Savings Plan may not apply to all participants.

If the Savings Plan should ever be terminated, you would become 100% vested in your employer contributions credited to your Savings Plan account at the time of termination, including any attributable investment returns, and be entitled to the full value of your Savings Plan account as of the Savings Plan termination date, as adjusted for subsequent investment returns.

If any significant Savings Plan changes are made in the future, you will be notified.

If the Savings Plan is merged or consolidated with, or if Savings Plan assets are transferred to another plan, the value of your Savings Plan account immediately following the merger, consolidation or transfer will be equal to the account value immediately before that merger, consolidation or transfer.

If the Savings Plan is amended, no amendment can reduce the amount of your Savings Plan account or your vesting service at the time of amendment.

### Pension Benefit Guaranty Corporation

The benefit payable from the Savings Plan at any given time is the value of your vested Savings Plan account. If the Savings Plan should end, you would always receive your full Savings Plan account value. For that reason, the Savings Plan is not insured by a federal agency called the Pension Benefit Guaranty Corporation ("PBGC").

Federal law requires that the PBGC insure benefits from certain kinds of retirement plans that pay benefits based on defined formulas rather than on account values. In general, the PBGC guarantees payments of certain benefits from these plans if the plans should end without enough money in their trust funds to meet their benefit obligations in full. These rules do not apply to the Savings Plan.

### No Assignment of Benefit Rights

Your Savings Plan account cannot be anticipated, alienated, sold, transferred, assigned, pledged, encumbered or charged. The Savings Plan will not recognize any attempt to treat your Savings Plan account in any of these ways. Also, your Savings Plan account cannot be used as collateral against or otherwise be directly subject to any of your debts, contracts or other legal liabilities, with the exception of an IRS Notice of Tax Levy issued against you for nonpayment of taxes.

However, if you divorce or legally separate, the Savings Plan may be required to follow the provisions of a court order that assigns part or all of your Savings Plan account, including any amounts you may have invested in the Self-Directed Brokerage Account, to a former spouse or for the support of your dependents if it determines that the order is a qualified domestic relations order ("QDRO").

The Plan Administrator has established procedures for determining whether a court order is a QDRO. You can obtain, without charge, a copy of these procedures and a model QDRO by contacting a Nestlé QDRO specialist at (904) 791-2929. QDRO specialists are available Monday through Friday, 9:00 a.m. to 4:30 p.m. (Eastern Time).

If a QDRO is received on your behalf, Nestlé reserves the right to charge the Savings Plan accounts of both you and the alternate payee for the cost of reviewing and processing the QDRO.

The Plan Administrator or its designated representative will send you a notice if it receives a court order that could affect your Savings Plan account.

**Top-Heavy Provisions**

Federal law requires the Savings Plan to contain provisions that would take effect if it became a "top-heavy" plan. A top-heavy plan is one in which the current value of benefits for key employees (as defined by law) is more than 60% of the current value of benefits for all participants. In the unlikely event that the Savings Plan would become top-heavy, you would receive specific information about the top-heavy provisions.

**Errors and Incorrect or Incomplete Data**

Errors may sometimes occur in determining benefits provided by the Savings Plan. This may be due to incorrect or incomplete data or to other reasons. If such an error is discovered, Nestlé reserves the right to correct it. If you receive an overpayment as a result of an error, you may be required to repay it.

**Additional Participant Fees**

Nestlé reserves the right to charge the accounts of participants for duplicate checks or for any costs incurred by the Savings Plan in an attempt to locate a participant whose address on file with the Plan Administrator is incorrect.

**No Employment Rights**

Neither the Savings Plan, nor any contributions to the Savings Plan nor any other part of Savings Plan operation or administration gives you the right to continued employment with Nestlé or any of its Affiliates, nor do the foregoing affect the right of Nestlé or any Affiliate to terminate your employment at any time.

**Satisfaction of Savings Plan Obligations**

Payment by the Savings Plan to you, your beneficiary or your legal representative consistent with Savings Plan provisions fully satisfies all claims you may have against Nestlé, the Participating Employers, the Savings Plan trustee, the Plan Sponsor and the Plan Administrator with regard to your participation in the Savings Plan. You, your legal representative or your beneficiary may be asked to sign a receipt for benefits and a release of liability before your Savings Plan account is distributed.

**Effect of the Savings Plan on Other Benefits**

The Savings Plan will not adversely affect any other benefits to which you may be entitled under federal Social Security or under another employee benefit plan sponsored by Nestlé or any Affiliate. Social Security taxes will be withheld on any amounts you contribute to the Savings Plan, so your eventual Social Security benefits will not be reduced because of your contributions. In addition, the pay used to determine your other pay-related benefits is your pay before it is reduced by your Savings Plan contributions.

## Administrative Information

### Plan Identification

| | |
|---|---|
| Official Plan Name: | Nestlé 401(k) Savings Plan |
| Employer Identification Number: | 95-1572209 |
| Plan Number: | 200 |
| Type of Plan: | Defined contribution 401(k) retirement plan |
| Plan Fiscal Year: | January 1 through December 31 |

### Participating Employers

As of January 1, 2016, the companies participating in the Savings Plan are:

- Nestlé Holdings, Inc.;
- Nestlé USA, Inc.;
- Nestlé Purina PetCare Company;
- Gerber Products Company;
- Gerber Life Insurance Company;
- Nestlé HealthCare Nutrition, Inc.;
- Nestlé Wyeth Nutrition;
- Nestlé Nutrition R&D Centers, Inc.;
- Nestlé Purina PetCare Global Resources, Inc.;
- Nestlé Regional Globe Office of North America, Inc.
- Nestlé R&D Center, Inc.;
- Prometheus Laboratories Inc.; and
- Any other U.S. Affiliate that is directly or indirectly one hundred percent (100%) owned by Nestlé Holdings, Inc. and reports to the Company or to Nestlé Purina PetCare Company, unless specifically excluded below.

### Excluded Entities

No other Nestlé companies are participating employers in the Savings Plan. Some specific exclusions are:

- Nestlé Health Science US Holdings, Inc. or any other of its subsidiaries, other than Prometheus Laboratories Inc.;
- Galderma Laboratories, Inc.;
- Nestlé Waters North America; and
- Merrick Pet Care Holdings Corporation and its subsidiaries.

### Plan Sponsor and Plan Administrator

The Plan Administrator has full responsibility for interpreting and administering the terms and provisions of the Savings Plan.

| | |
|---|---|
| Nestlé USA, Inc. | Nestlé USA, Inc. |
| 800 N. Brand Blvd. | 30500 Bainbridge Road |
| Glendale, CA 91203 | Solon, OH 44139 |
| (818) 549-6000 | (440) 349-5757 |

**Savings Plan Trust Fund and Trustee**

The assets of the Savings Plan are held in a trust fund administered by this independent trustee:

State Street Bank & Trust Company
Crown Colony Office Park
200 Crown Colony Drive, 5th Floor
Quincy, MA 02169

**Source of Benefit Payments**

The Savings Plan trustee makes all benefit payments from the trust fund at the direction of the Plan Administrator.

**Agent for Service of Legal Process**

Nationwide, Nestlé USA, Inc. has engaged CT Corporation System as its agent for service of legal process. The CT Corporation offices for Los Angeles, California, and Cleveland, Ohio, are as follows:

| CT Corporation System | CT Corporation System |
|---|---|
| 818 West Seventh | 1300 East 9th Street |
| Los Angeles, CA 90017 | Cleveland, OH 44114 |
| (800) 888-9207 | (800) 221-0556 |

Service of legal process may also be made on the Savings Plan trustee.

## Your Legal Rights

As a participant in the Savings Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 ("ERISA"). ERISA provides that all Savings Plan participants are entitled to:

- Examine, without charge, at the Plan Administrator's office, all Savings Plan documents and copies of all documents filed by the Savings Plan with the U.S. Department of Labor, such as annual reports.

- Obtain copies of all Savings Plan documents and other Savings Plan information upon written request to the Plan Administrator. The Plan Administrator may make a reasonable charge for the copies.

- Receive a summary of the Savings Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary.

- Obtain a statement telling you whether you have a right to receive a plan benefit at your normal retirement age (age 65). If you do not have a right to a benefit, the statement will tell you how many more years you need to work to have a right to a benefit. This statement must be requested in writing, and it is not required to be provided more than once a year. The Plan Administrator must provide the statement free of charge.

In addition to creating rights for Savings Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the Savings Plan. The people who operate your Savings Plan, called "fiduciaries" of the Savings Plan, have a duty to do so prudently and in the interest of you and other Savings Plan participants and beneficiaries.

No one, including Nestlé or any of its Affiliates or any other person, may terminate your employment or otherwise discriminate against you in any way in order to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done and to obtain copies of documents related to the decision without charge. You also have the right to have the Savings Plan review and reconsider your claim. All of these events must take place within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the Savings Plan and do not receive them within 30 days, you may file suit in a state or federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

If you have a claim for benefits (or a request for determination of the qualified status of a domestic relations court order) that is denied or ignored, in whole or in part, after you have gone through the appeals process described under "Appealing Any Claims Denied" in the *Applying for Benefits* section of this SPD, you may file suit in federal court. In any such case, you must file suit within 365 days (one year) of the date that the appeals committee issues its decision, and any such lawsuit may only be filed in the United States District Court for the Northern District of Ohio.

If Savings Plan fiduciaries misuse the assets of the Savings Plan, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court.

The court will decide who should pay court costs and fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees if, for example, it finds your claim is frivolous.

If you have any questions about the Savings Plan, you should contact the Nestlé Smart**$aving** Call Center. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest Area Office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory, or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

## Your Savings Plan Resources

| Your Resource | What You Can Do | Where and When Available |
|---|---|---|
| ▪ Nestlé Smart$aving website<br><br>▪ Nestlé Smart$aving Call Center | Enroll in the Savings Plan ▪ Change your contribution rate ▪ Request automatic increases to your contribution rate by electing the Contribution Rate Escalator ▪ Change your current and/or future investment elections ▪ Elect Automatic Periodic Rebalancing of your account balances ▪ Obtain your Savings Plan account balances ▪ Model or request a loan ▪ Request a withdrawal or distribution ▪ Change password / request password reminder ▪ View/ hear important Savings Plan information and updates ▪ View/hear fund performance and fund information ▪ Designate your beneficiary ▪ Obtain a Self-Directed Brokerage Account application ▪ Connect to Voya Advisor Services<br><br>These functions are available via the website only:<br>▪ View or print Savings Plan materials ▪ Activate or deactivate paperless communication ▪ Voya Retirement Advisors Online Advice ▪ Connect to TD Ameritrade ▪ View myOrangeMoney | ▪ Log onto the Nestlé Smart$aving website. Generally available 24 hours a day, 7 days a week: nestle.voya.com<br><br>▪ Call toll-free at 1-877-NesCALL (1-877-637-2255) and select the "401(k) Savings" prompt. ▪ The Nestlé Smart$aving Call Center automated voice response system is available in both English and Spanish and is generally available 24 hours a day, 7 days a week. ▪ Representatives (English and Spanish) are available Monday through Friday (excluding NYSE holidays), from 7:30 a.m. to 8:00 p.m. (Eastern Time). ▪ TDD line for hearing impaired is available by calling toll-free at 1-877-284-6207. |
| Voya Retirement Advisor Services | The Voya Advisor Service, powered by Financial Engines, offers Savings Plan participants convenient access to planning and investment advisory services to help you make informed decisions about how much to save and how to invest to help meet your retirement goals. | ▪ Log onto the Nestlé Smart$aving website or contact a Representative via the Nestlé Smart$aving Call Center ▪ Voya Investment Advisor Representatives are available Monday through Friday from 8:00 a.m. to 8:00 p.m. (Eastern Time), excluding NYSE holidays. |
| Financial Finesse Learning Center | This site provides an online library of financial education articles and also the opportunity to complete a personalized financial wellness assessment, which includes a step-by-step action plan to improve your overall finances. | ▪ Log in via secure. financialfinesse.com/flc/nestle |
| TD Ameritrade | Obtain information about the investment funds in the Self-Directed Brokerage Account ▪ Make transfers among mutual funds in the Self-Directed Brokerage Account | ▪ Log onto the Nestlé Smart$aving website ▪ Call toll-free at 1-866-766-4015 |
| Nestlé Savings Plan Quarterly Investment Summary | Review this quarterly guide, which provides performance and descriptions of the Savings Plan investment funds. | Can be viewed on the Nestlé Smart$aving website or requested via the Nestlé Smart$aving Call Center. |
| Summary Plan Description ("SPD") Booklet | Review this booklet, which contains details of the Savings Plan. | An SPD is included in the Nestlé Smart$aving Enrollment Kit, or you can request a copy through the Nestlé Smart$aving Call Center. You can also view or print this information through the Nestlé Smart$aving website. |

*This material is a summary of the main points of the Nestlé 401(k) Savings Plan, in effect as of January 1, 2016. This SPD is not intended to include every Savings Plan detail. Complete details are in the Savings Plan document that governs Savings Plan operation and administration. If there is ever any discrepancy between this SPD and the Savings Plan document, the Savings Plan document will be the controlling authority.*


Good Food, Good Life

The Nestlé Smart$aving Program was developed for the Nestlé 401(k) Savings Plan, also referred to as "Savings Plan." This Summary Plan Description is effective January 1, 2016.

SPD881001_0116





Good Food. Good Life

The Nestlé Smart$aving Program was developed for the Nestlé 401(k) Savings Plan, also referred to as "Savings Plan." This Summary Plan Description is effective January 1, 2016.



February 23, 2018

The information below is a legal notice to make you aware of certain enhancements within the Savings Plans, most importantly being the ability to make automated loan repayments after termination of employment. Please take a moment to read this information and contact the Nestlé Smart**$aving** Call Center, as indicated below, if you have any questions.

## Savings Plan Changes:
## Addition of Monthly Loan Repayments after Termination,
## Timing of Monthly Loan Repayments for Participants on Disability

This document serves as notice to inform you of certain changes to loans under the Nestlé 401(k) Savings Plan, Nestlé USA, Inc. Hourly Retirement Savings Plan, and Nestlé USA C&S Savings Plan, each referred to as "Savings Plan," effective March 26, 2018. These changes include (1) the ability to make monthly loan repayments after termination of employment with Nestlé and all of its Affiliates and (2) a change in the timing of monthly loan repayments for participants terminated due to long term disability.

### Monthly Loan Repayments after Termination

Currently, if you terminate your employment with Nestlé and all of its Affiliates and you do not repay the full amount of your loan within 60 days after your date of termination (or, if later, the date you receive your final salary continuation paycheck), the loan will be considered to be in default. If you default on your loan, your outstanding loan balance, including any accrued interest, will become subject to federal and state income taxes. Also, if you are under age 59½, you may be subject to a 10% additional tax on early distributions.

Effective March 26, 2018, in addition to having the option to repay your loan in full or having loan deductions taken from salary continuation, you may elect to avoid defaulting on your loan by making automated loan payments on your outstanding loan balance after termination of employment or once your salary continuation paychecks have stopped. To make payments on your loan after termination and avoid being in default, you must leave at least a portion of your Savings Plan account balance with Nestlé and begin making monthly loan payments within 60 days of your termination of employment (or, if later, within 60 days of the time your last loan payment is taken from your salary continuation). These monthly loan repayments must be made through automatic deductions from your checking or savings account. If you begin making monthly automated loan payments after termination and cease making these payments, or if you fall 60 days behind the loan repayment schedule, your loan will be defaulted. You can also elect not to make automated monthly loan payments after termination of employment and your loan will default.

If you default on your loan, the remaining outstanding loan balance, including any accrued interest, will become subject to federal and state income taxes at that time. Also, if you are under age 59½, you may be subject to a 10% additional tax on early distribution.

If you terminate your employment with Nestlé and all of its Affiliates, and you have an outstanding loan balance, you will be mailed additional information about how to make continued loan payments.

**Changes to the Timing of Monthly Loan Repayments for Participants on Disability**

Currently, if you have terminated employment with Nestlé as the result of having been determined to be disabled by the Social Security Administration, you have the option to make monthly loan payments. If you do not start monthly loan payments immediately following termination of employment due to disability, your outstanding loan balance will be defaulted approximately 90 days after your last loan payment was made.

Effective March 26, 2018, if you have been determined to be disabled by the Social Security Administration and you do not start monthly loan payments immediately following termination of employment due to disability, your outstanding loan balance will be defaulted approximately 60 days after your last loan payment was made. Additionally, your monthly loan repayments must be made through automatic deductions from your checking or savings account.

You can obtain information concerning these changes by accessing the Nestlé Smart**$aving** website at nestle.voya.com or by calling the Nestlé Smart**$aving** Call Center at 1-877-NesCALL (1-877-637-2255) and selecting the "401(k) Savings" prompt. Representatives are available weekdays from 7:30 a.m. to 8:00 p.m. (Eastern Time) except on NYSE holidays. Remember, you will always need your password or PIN to access your Savings Plan account.

This information serves as a Summary of Material Modification to make you aware of certain changes to the Savings Plan. In all cases, the official Savings Plan document governs how the Savings Plan works. Nestlé USA, Inc. reserves the right to change, amend, suspend, or terminate the Savings Plan at any time.

| Plan Name | Nestlé 401(k) Savings Plan | |
| --- | --- | --- |
| | Nestlé USA, Inc. Hourly Retirement Savings Plan | |
| | Nestlé USA C&S Savings Plan | |
| Plan Identification Number | 200 | |
| | 005 | |
| | 201 | |
| Employer Identification Number | 95-1572209 | |
| Name and Address of Plan Sponsor | Nestlé USA, Inc. 30500 Bainbridge Road Solon, OH 44139 | Nestlé USA, Inc. 1812 N. Moore Street Suite 3500 Arlington, VA 22209 |
| Agent for Service of Legal Process | CT Corporation System 1300 East 9th Street Cleveland, OH 44114 1-800-221-0556 | CT Corporation System 4701 Cox Road - Suite 285 Glen Allen, Virginia 23060 1-877-524-0508 |



May 1, 2018

This document serves as legal notice to inform you of certain changes within the **Nestlé 401(k) Savings Plan, Nestlé USA, Inc. Hourly Retirement Savings Plan, and Nestlé USA C&S Savings Plan**, each referred to as "Savings Plan." The changes include updating the assumed retirement age for selecting a Target Date Fund and implementing electronic delivery of quarterly statements. Additionally, there will be wording changes to the Summary Plan Description ("SPD") to clarify key features of the Savings Plan, effective as of the dates indicated within. Please take a moment to read this information and contact the Nestlé Smart**$aving** Call Center, as indicated below, if you have any questions.

### Target Date Fund Assumed Retirement Age Change

Prior to July 2, 2018, one of several Target Date Funds designated as the Savings Plan's default fund was selected for a participant based on their birth date on record in the Nestlé HR system and an assumed retirement age of 62. Effective July 2, 2018, the assumed retirement age will change to 65. For periods on and after July 2, 2018, references in the SPD and certain related communications to an assumed retirement age of 62 for purposes of the Target Date Funds generally should be read as an assumed retirement age of 65.

Please note that if you were automatically enrolled in the Savings Plan and your account was invested in a Target Date Fund based on an assumed retirement age of 62, you will remain in that Target Date Fund, which will continue to be your default fund. Your investment elections will not change due to the assumed retirement age changing from age 62 to age 65. Below is an example of how this assumed retirement age change will affect the selection of a participant's Target Date Fund on or after July 2, 2018:

| New Hire | Birth Year | Autoenrollment Date | Automatically Selected Target Date Fund |
|----------|------------|---------------------|------------------------------------------|
| A | 1969 | Before 07/02/2018 | Target Date Fund 2030 |
| B | 1969 | On or after 07/02/2018 | Target Date Fund 2035 |

In light of this change, if you are currently invested in a Target Date Fund, you should consider whether that Fund remains consistent with your retirement goals.

**Note:** The default fund for an alternate payee or beneficiary will remain the Conservative Income Fund. This Fund was chosen for alternate payees and beneficiaries instead of a Target Date Fund because, due to the short time these accounts typically stay in the Savings Plan, preservation of principal generally would be viewed as more important than investment earnings.

### Electronic Delivery of Quarterly Account Statements

Savings Plan quarterly account statements are issued as of March 31, June 30, September 30 and December 31. These statements have been mailed in paper format directly to your current address on file with the Plan Administrator. You have had the option to elect to have quarterly account statements made available to you electronically.

Effective September 30, 2018, you will continue to receive a quarterly account statement from the Savings Plan as of March 31, June 30, September 30 and December 31, **but these will automatically be delivered electronically, beginning with the September 30 statement**. They will be available to view on the Nestlé Smart**$aving** website or they can be requested by calling the Nestlé Smart**$aving** Call Center. You may elect to have quarterly account statements made available to you in paper format and delivered to your current address on file with the Plan Administrator. This election can be made on the Nestlé Smart**$aving** website. Information on how to make this election will be mailed to you annually.

### Updates to Wording within the Summary Plan Description

Effective July 2, 2018, several wording changes will take place within the SPD to clarify the key features of the Savings Plan, as indicated below.

The first two paragraphs under the "Target Date Funds" section of the *Your Investment Options* of the SPD will be updated to read, "The Target Date Funds ("the Funds") are a series of portfolios that invest in a variety of asset classes through investments in equity, fixed income, commodity, real estate, and cash/cash alternatives that seek a mix of capital appreciation and income to varying degrees, depending on each Fund's proximity to the target date. With the exception of the Target Date Income Fund ("Income Fund"), each Fund is managed to the specific target year stated in its name, meaning the Fund's asset allocation strategy will gradually become more conservative over

time according to the strategic asset allocation glide path ("glide path") as it gets closer to its target date. The glide path represents the shifting of asset classes and investments over time and is intended to show, in a general manner, how the Fund's asset mix becomes more conservative as time elapses (i.e., more emphasis on fixed income funds and less on equity and other funds). The Income Fund uses an asset allocation strategy designed for participants who are retired or expect to retire soon, and represents the most conservative point on the glide path, though it can still decrease in value. The Funds are composed primarily of index funds that seek to match the returns, before fees and expenses, of their respective benchmarks.

All of the Funds, including the Income Fund, include a significant allocation to equities and other securities and can go down in value. A "target date" fund may incur losses before, close to or after the fund's target retirement date. Investments in the Funds are not guaranteed in any way. No Fund is designed to provide guaranteed income at any time, including at or after the target date."

The second paragraph under the "Core Funds" section of the *Your Investment Options* section of the SPD will be updated to read, "The Core Funds are institutional funds, providing low cost index funds from quality providers offering a wide variety of risk and return characteristics. Because these are institutional funds, the investment performance information for these funds is not published in public media. You must refer to the Nestlé Smart**$aving** website or the Nestlé Smart**$aving** Call Center for this information."

The third paragraph under the "Changing Your Investment Strategy" section of the *Making Changes* section of the SPD will be clarified to read, "Changes to the investment of your accumulated existing Savings Plan account balances or of your future Savings Plan contributions among the Target Date Funds and Core Funds generally take effect as of the close of the same business day of your request, provided that your request was completed by the earlier of the close of the NYSE or 4:00 p.m. (Eastern Time). Any changes made after the earlier of the close of the NYSE or 4:00 p.m. (Eastern Time), on weekends or on any holidays when the NYSE is closed will generally become effective as of the close of the following business day. Transfers from the Target Date Funds or Core Funds to the Self-Directed Brokerage Account generally take effect two days after your request is processed."

Additionally, the last paragraph under the "Situations Affecting Your Savings Plan Benefits" section of the *Other Savings Plan Information* section of the SPD will be clarified to read, "Nestlé anticipates that your requests for election changes, information and/or payment will be processed within the time periods described in this SPD. However, neither Nestlé, nor the Savings Plan nor the Savings Plan fiduciaries can guarantee that market conditions, processing and/or mailing delays that affect the ordinary operation of the Savings Plan will not occur. If a processing and/or mailing delay occurs, the changes, information or payment you request may be delayed as a result."

You can obtain information concerning these changes by accessing the Nestlé Smart**$aving** website at **nestle.voya.com** or by calling the Nestlé Smart**$aving** Call Center at 1-877-NesCALL (1-877-637-2255) and selecting the "401(k) Savings" prompt. Representatives are available weekdays from 7:30 a.m. to 8:00 p.m. (Eastern Time) except on NYSE holidays. Remember, you will always need your password or PIN to access your Savings Plan account.

This information serves as a Summary of Material Modification to make you aware of certain changes to the Savings Plan. In all cases, the official Savings Plan document governs how the Savings Plan works. Nestlé USA, Inc. reserves the right to change, amend, suspend, or terminate the Savings Plan at any time.

| Plan Name | Nestlé 401(k) Savings Plan<br>Nestlé USA, Inc. Hourly Retirement Savings Plan<br>Nestlé USA C&S Savings Plan | |
|---|---|---|
| Plan Identification Number | 200<br>005<br>201 | |
| Employer Identification Number | 95-1572209 | |
| Name and Address of Plan Sponsor | Nestlé USA, Inc.<br>30500 Bainbridge Road<br>Solon, OH 44139 | Nestlé USA, Inc.<br>1812 N. Moore Street<br>Suite 3500<br>Arlington, VA 22209 |
| Agent for Service of Legal Process | CT Corporation System<br>1300 East 9th Street<br>Cleveland, OH 44114<br>1-800-221-0556 | CT Corporation System<br>4701 Cox Road - Suite 285<br>Glen Allen, Virginia 23060<br>1-877-524-0508 |



November 1, 2018

This document serves as legal notice to inform you of certain changes within the Nestlé 401(k) Savings Plan, the Nestlé USA, Inc. Hourly Retirement Savings Plan, and the Nestlé USA C&S Savings Plan, each referred to as "Savings Plan." The changes include (i) the elimination of the six-month Savings Plan suspension of participant contributions after approval and processing of a hardship withdrawal request, (ii) the elimination of the requirement to take any available Savings Plan loans prior to processing a hardship withdrawal, and (iii) the addition of the ability to withdraw earnings on your before-tax account and your qualified non-elective contributions ("QNEC") account, if any, for a hardship withdrawal. The effective date of these changes is noted below. Please take a moment to read this information and contact the Nestlé Smart**$aving** Call Center, as indicated below, if you have any questions.

**Elimination of the Savings Plan contribution suspension after processing a hardship withdrawal**

Currently, your contributions to the Savings Plan and any similar plans maintained by Nestlé and its Affiliates will be suspended for a period of six months beginning immediately after approval and processing of your hardship withdrawal request under this Savings Plan or any other plan maintained by Nestlé and its Affiliates. You will not be permitted to make any payroll contributions to the Savings Plan, including catch-up contributions, during this suspension period. Consequently, you will not receive any employer matching contributions during this same period. However, if you are eligible to receive a retirement contribution during this suspension period, you will receive this amount.

Effective January 1, 2019, the six-month Savings Plan contribution suspension will be eliminated for any hardship withdrawal approved and processed after this date. You will be able to continue to make payroll contributions to the Savings Plan after approval and processing of your hardship withdrawal request under this Savings Plan or any other plan maintained by Nestlé and its Affiliates. Therefore, you will continue to receive any employer matching contributions attributable to your Savings Plan contributions. As a reminder, you can change your Savings Plan contribution rate at any time. If you are subject to a contribution suspension as of January 1, 2019, as the result of a hardship withdrawal being approved and processed prior to this date, your suspension will continue until you have satisfied the original terms of your six-month contribution suspension.

**Elimination of the requirement to take any available Savings Plan loans prior to the processing of a hardship withdrawal**

Currently, to qualify for a hardship withdrawal, you cannot have any financial resources available to meet the expense, other than a hardship withdrawal from your Savings Plan account. Available resources include reimbursement or compensation from insurance or other sources, reasonable liquidation of your assets, personal investments or savings, and loans or withdrawals from this Savings Plan or other commercial sources. As such, you are required to take any available loans or withdrawals from the Savings Plan and any similar plans maintained by Nestlé and its affiliates before requesting a hardship withdrawal.

Effective January 1, 2019, the requirement to take a loan from the Savings Plan, if available, before processing a hardship withdrawal will be eliminated. However, you must still exhaust all the other financial resources listed above that you may have available to meet the expense, including any other withdrawal options from your Savings Plan account.

**Addition of the ability to withdraw earnings on your before-tax account and your qualified non-elective contributions ("QNEC") account for a hardship withdrawal**

Currently, your hardship withdrawal comes out of your vested Savings Plan account first from your grandfathered Roth account, then from your Roth rollover account, then from your after-tax accounts, then from any non-Roth rollover accounts, then from your before-tax account, then from your grandfathered profit

sharing account, and finally from your RRSA account, if any. Those amounts include earnings on any of the listed accounts except your before-tax account. Earnings in your before-tax account are not available for withdrawal.

Effective January 1, 2019, you will be able to include earnings in your before-tax account as part of your hardship withdrawal. In addition, effective January 1, 2019, you will be able to withdraw any amounts in your QNEC account, which currently is not available for withdrawal. Therefore, at that time, your hardship withdrawal will come out of your vested Savings Plan account first from your grandfathered Roth account, then from your Roth rollover account, then from your after-tax accounts, then from any non-Roth rollover accounts, then from your before-tax account, including earnings, then from your grandfathered profit sharing account, then from your RRSA account, if any, and finally from your qualified non-elective contributions ("QNEC") account, if any.

You can obtain information concerning these changes by accessing the Nestlé Smart**$aving** website at **nestle.voya.com** or by calling the Nestlé Smart**$aving** Call Center at 1-877-NesCALL (1-877-637-2255) and selecting the "401(k) Savings" prompt. Representatives are available weekdays from 7:30 a.m. to 8:00 p.m. (Eastern Time) except on NYSE holidays. Remember, you will always need your password or PIN to access your Savings Plan account.

This information serves as a Summary of Material Modification to make you aware of certain changes to the Savings Plan. In all cases, the official Savings Plan document governs how the Savings Plan works. Nestlé USA, Inc. reserves the right to change, amend, suspend, or terminate the Savings Plan at any time.

| Plan Name | Nestlé 401(k) Savings Plan | |
| --- | --- | --- |
| | Nestlé USA, Inc. Hourly Retirement Savings Plan | |
| | Nestlé USA C&S Savings Plan | |
| Plan Identification Number | 200 | |
| | 005 | |
| | 201 | |
| Employer Identification Number | 95-1572209 | |
| Name and Address of Plan Sponsor | Nestlé USA, Inc. 30500 Bainbridge Road Solon, OH 44139 | Nestlé USA, Inc. 1812 N. Moore Street Suite 3500 Arlington, VA 22209 |
| Agent for Service of Legal Process | CT Corporation System 1300 East 9th Street Cleveland, OH 44114 1-800-221-0556 | CT Corporation System 4701 Cox Road - Suite 285 Glen Allen, Virginia 23060 1-877-524-0508 |

April 2019

This document serves as legal notice to inform you of a change within the Nestlé 401(k) Savings Plan, the Nestlé USA, Inc. Hourly Retirement Savings Plan, and the Nestlé USA C&S Savings Plan, each referred to as "Savings Plan." The effective date of this change is noted below. Please take a moment to read this information and contact the Nestlé Smart**$aving** Call Center if you have any questions.

**Update to the description of disability under the Savings Plan**

Prior to April 1, 2018, you automatically become 100% vested in the employer contributions portion of your Savings Plan account if you were entitled to receive disability benefits under Social Security or an employer-sponsored disability program of a Participating Employer of the Savings Plan that provides benefits for long-term disability; however, you would not be deemed to be disabled for purposes of the Savings Plan and this vesting rule if your disability resulted from your committing a criminal act, from substance abuse, or from an intentionally self-inflicted injury.

Effective on and after April 1, 2018, you will automatically become 100% vested in the employer contributions portion of your Savings Plan account if you become entitled to receive disability benefits under Social Security or an employer-sponsored disability program of a Participating Employer of the Savings Plan that provides benefits for long-term disability.

You can obtain information concerning these changes by accessing the Nestlé Smart**$aving** website at **nestle.voya.com** or by calling the Nestlé Smart**$aving** Call Center at 1-877-NesCALL (1-877-637-2255) and selecting the "401(k) Savings" prompt. Representatives are available weekdays from 7:30 a.m. to 8:00 p.m. (Eastern Time) except on NYSE holidays. Remember, you will always need your password or PIN to access your Savings Plan account.

This information serves as a Summary of Material Modification to make you aware of certain changes to the Savings Plan. In all cases, the official Savings Plan document governs how the Savings Plan works. Nestlé USA, Inc. reserves the right to change, amend, suspend, or terminate the Savings Plan at any time.

| Plan Name | Nestlé 401(k) Savings Plan<br>Nestlé USA, Inc. Hourly Retirement Savings Plan<br>Nestlé USA C&S Savings Plan | |
|---|---|---|
| Plan Identification Number | 200<br>005<br>201 | |
| Employer Identification Number | 95-1572209 | |
| Name and Address of Plan Sponsor | Nestlé USA, Inc.<br>30500 Bainbridge Road<br>Solon, OH 44139 | Nestlé USA, Inc.<br>1812 N. Moore Street<br>Suite 3500<br>Arlington, VA 22209 |
| Agent for Service of Legal Process | CT Corporation System<br>1300 East 9th Street<br>Cleveland, OH 44114<br>1-800-221-0556 | CT Corporation System<br>4701 Cox Road - Suite 285<br>Glen Allen, Virginia 23060<br>1-877-524-0508 |


Good Food, Good Life

## Important Savings Plan Investment Fund Change Information

This document serves as notice to inform you of certain changes within the Nestlé 401(k) Savings Plan and the Nestlé USA, Inc. Hourly Retirement Savings Plan, each referred to as "Savings Plan," effective as of October 18, 2019, and October 21, 2019.

### Merger of the Target Date 2020 Fund
In accordance with the investment strategy of the Target Date Funds, effective between the close of the market on October 18, 2019, and the opening of the market on October 21, 2019, assets in the Target Date 2020 Fund will be merged into the Target Date Income Fund and the Target Date 2020 Fund will no longer be an investment option in the Savings Plan. If any portion of your Savings Plan balance is invested in the Target Date 2020 Fund as of 4:00 p.m. (Eastern Time) on October 18, 2019, your balance in this Fund will be automatically transferred into the Target Date Income Fund by October 21, 2019. Additionally, investment elections for future contributions into the Target Date 2020 Fund will be changed to the Target Date Income Fund. The Target Date Income Fund is designed for Savings Plan participants who are already at or near retirement, and it is the most conservative of the Target Date Funds.

If you do not want your Target Date 2020 Fund balance to automatically transfer to the Target Date Income Fund, you will need to transfer your Target Date 2020 Fund balance into another Savings Plan investment option of your choice before 4:00 p.m. (Eastern Time) on October 18, 2019. In addition, if you do not want future contributions that would otherwise have been invested in the Target Date 2020 Fund to be made to the Target Date Income Fund, you will also need to change your investment election for future contributions.

### Addition of the Target Date 2065 Fund
Effective October 21, 2019, the Target Date 2065 Fund will be added to the Target Date Funds. This Fund is designed for investors who were born January 1, 1998, and after **or** who plan to retire in 40 or more years. If you were defaulted into the Target Date 2060 Fund, then even if your birthdate or years to retirement are more in line with the strategy of the Target Date 2065 Fund, you will remain in the Target Date 2060 Fund unless you elect to transfer your investments into this new Fund. You will be able to transfer your investments into this new Fund beginning October 21, 2019.

At its inception, the Target Date 2065 Fund will mirror the Target Date 2060 Fund and, as such, will have the same investment objective, strategy, target asset allocation, glidepath, fund manager and turnover ratio as the existing Target Date 2060 Fund. Please refer to the enclosed *Target Date Funds Fact Sheet* for additional details.

As a reminder, the design of the Target Date Funds is based on the assumption that participants will retire and begin withdrawing assets at approximately age 65, and that they have a relatively average tolerance for risk. If you think this describes you, you may wish to consider selecting a Target Date Fund based on the year you were born (refer to the chart below using the "If your birth date is in" column). However, if you plan to retire or begin withdrawing assets from your Savings Plan account significantly earlier or later than age 65, you may want instead to use the "Years to Retirement" column when selecting a Target Date Fund (refer to the chart below).

| If your birth date is in | Target Date Fund | Years to Retirement |
|---|---|---|
| Or before 1957 | Target Date Income Fund | You are in or near retirement |
| 1958 through 1962 | Target Date 2025 Fund | 1-4 |
| 1963 through 1967 | Target Date 2030 Fund | 5-9 |
| 1968 through 1972 | Target Date 2035 Fund | 10-14 |
| 1973 through 1977 | Target Date 2040 Fund | 15-19 |
| 1978 through 1982 | Target Date 2045 Fund | 20-24 |
| 1983 through 1987 | Target Date 2050 Fund | 25-29 |
| 1988 through 1992 | Target Date 2055 Fund | 30-34 |
| 1993 through 1997 | Target Date 2060 Fund | 35-39 |
| Or after 1998 | Target Date 2065 Fund | 40 or more |

You can obtain information concerning these changes by accessing the Nestlé Smart**$aving** website at **nestle.voya.com** or by calling the Nestlé Smart**$aving** Call Center at 1-877-NesCALL (1-877-637-2255) and selecting the "401(k) Savings" prompt. Representatives are available weekdays from 7:30 a.m. to 8:00 p.m. (Eastern Time) except on NYSE holidays. Remember, you will always need your password or PIN to access your Savings Plan account.


April 2020

This document serves as legal notice to inform you changes of within the Nestlé 401(k) Savings Plan ("Savings Plan"). The effective dates of these changes are noted below. Please take a moment to read this information and contact the Nestlé Smart**$aving** Call Center if you have any questions.

**Additional Expenses that may Qualify for a Hardship Withdrawal**
Effective January 1, 2019, if you live or work in an area that suffers a disaster declared as such by the Federal Emergency Management Agency and incur expenses as a result of that disaster, you may be eligible for a hardship withdrawal. Additional information about how to obtain this type of withdrawal is included in the *Summary Plan Description*.

**Transfer of the Nestlé USA C&S Savings Plan assets into the Savings Plan**
Effective as of June 30, 2019, all assets within the Nestlé USA C&S Savings Plan transferred into the Savings Plan. This transfer did not result in any changes in the substantive terms of the Savings Plan.

**Additional Rollover Sources Accepted into the Savings Plan**
Effective as of October 1, 2019, if you are an active employee of Nestlé or its Affiliates and have previously participated in another employer's eligible retirement plan or have an eligible IRA, you may be able to directly roll over the amount distributable to you from your former plan or IRA into the Savings Plan. The Savings Plan accepts rollover contributions from the following types of plans: 401(a) plan, 401(k) plan, Roth 401(k) plan, 403(a) plan, 403(b) plan, 457 plan, Conduit IRA, Traditional IRA, SEP IRA and SIMPLE IRA.

**Transfer of the Nestlé Waters North America Profit Sharing and 401(k) Plan and Trust into the Savings Plan**
Effective as of January 1, 2020, all assets within the Nestlé Waters North America Profit Sharing and 401(k) Plan and Trust ("Waters Savings Plan") transferred into the Savings Plan and Nestlé Waters North America became a participating employer in the Savings Plan. This transfer did not result in any changes in the substantive terms of the Savings Plan.

**Change in the Required Minimum Distribution Age**
If you reached the age of 70½ prior to January 1, 2020, the Savings Plan will begin making the annual minimum distributions required by law if you have terminated employment. The IRS requires the first minimum distribution payment to be made no later than the April 1 that occurs in the calendar year following your attainment of age 70½ (or your termination of employment, if later) and each subsequent payment to be made annually on or before December 31. If you reach the age of 70½ after December 31, 2019, your minimum distribution payments will commence after you attain the age of 72 instead of 70½ (or your termination of employment, if later), as described above.

**Additional Grandfathered In-Service Withdrawal Option for Former Waters Savings Plan Participants**
Effective January 1, 2020, former participants of the Waters Savings Plan may qualify for the following grandfathered withdrawal options under the Savings Plan:
- If you participated in the Arrowhead Water Corp. Individually Vested Employee Savings Trust and have any after-tax accounts that were attributable to voluntary contributions under the Beatrice Beverage Employee Savings Trust, you may be eligible to request a withdrawal of these amounts.

- If you are a member of a "reserve component" (National Guard or Reserves) of a branch of the US military and are ordered or called to active military duty for a period in excess of 179 days or for an indefinite period, you may be able to request a Qualified Reservist Withdrawal of amounts attributable to your before-tax contributions made under the Waters Savings Plan.

Access the Nestlé Smart**$aving** website or call the Nestlé Smart**$aving** Call Center to find out whether or not you have a grandfathered withdrawal amount available to you.

You can obtain information concerning these changes by accessing the Nestlé Smart**$aving** website at **nestle.voya.com** or by calling the Nestlé Smart**$aving** Call Center at 1-877-NesCALL (1-877-637-2255) and selecting the "401(k) Savings" prompt. Representatives are available weekdays from 7:30 a.m. to 8:00 p.m. (Eastern Time) except on NYSE holidays. Remember, you will always need your password or PIN to access your Savings Plan account.

This information serves as a Summary of Material Modification to make you aware of certain changes to the Savings Plan. In all cases, the official Savings Plan document governs how the Savings Plan works. Nestlé USA, Inc. reserves the right to change, amend, suspend, or terminate the Savings Plan at any time.

| Plan Name | Nestlé 401(k) Savings Plan | |
|---|---|---|
| Plan Identification Number | 200 | |
| Employer Identification Number | 95-1572209 | |
| Name and Address of Plan Sponsor | Nestlé USA, Inc. 30500 Bainbridge Road Solon, OH 44139 | Nestlé USA, Inc. 1812 N. Moore Street Suite 3500 Arlington, VA 22209 |
| Agent for Service of Legal Process | CT Corporation System 1300 East 9th Street Cleveland, OH 44114 1-800-221-0556 | CT Corporation System 4701 Cox Road - Suite 285 Glen Allen, Virginia 23060 1-877-524-0508 |