UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LORIE M. GUYES, individually and as a representative of a class of participants and beneficiaries of the Nestle 401(k) Savings Plan,

        Plaintiff,

        v.                              Case No. 20-C-1560

NESTLE USA INC., et al.,

        Defendants.

---

## ORDER

---

This case is referred to Magistrate Judge Stephen C. Dries to issue a report and recommendation concerning any dispositive and non-dispositive motions that are filed in accordance with 28 U.S.C. § 636(b)(1). Either party may object to the magistrate judge's report and recommendation within 14 days of being served with a copy. This Court will conduct a de novo review of any part of the magistrate judge's recommendation that has been properly objected to and will either accept, reject, or return the matter to the magistrate judge with instructions. *See* Fed. R. Civ. P. 72(b).

**SO ORDERED** at Green Bay, Wisconsin this 3rd day of October, 2022.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge