UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

LORIE M. GUYES, *et al.*,

    Plaintiff,

v.

NESTLÉ USA, INC., *et al.*,

    Defendants.

Case No. 1:20-cv-01560-WCG

Hon. William C. Griesbach

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION

Defendants Nestle USA, Inc. and the Board of Directors of Nestle USA, Inc., by and through their undersigned counsel, respectfully request that the Court grant their unopposed motion to extend the deadline for filing objections to the Report and Recommendations issued by Magistrate Judge Dries on November 21, 2022. (ECF No. 35.) In support of their motion, Defendants state as follows:

1. On November 21, 2022, Magistrate Judge Dries issued a Report and Recommendation with respect to Defendants' motion to dismiss, (ECF No. 13), and Plaintiff's motion for leave to file an amended complaint, (ECF No. 32). Magistrate Judge Dries recommended that the Court grant Defendants' motion to dismiss, and that the Court grant in part and deny in part Plaintiff's motion for leave to file an amended complaint. (ECF No. 35).

2. Pursuant to Fed. R. Civ. P. 72(c) and E.D. Wis. L.R. 72(c), any objections to the Report and Recommendation are due on or before December 5, 2022.

3. Given the complexity of the case, the intervening Thanksgiving holiday, and the limited amount of time afforded to parties to prepare and file objections under Fed. R. Civ. P. 72(c) and E.D. Wis. L.R. 72(c), Defendants request that the Court enter an order extending the deadline for filing objections by ten (10) days, i.e., from December 5, 2022 to December 15, 2022.

4. Counsel for the parties have conferred regarding the proposed extension and Plaintiff does not oppose Defendants' request.

WHEREFORE, Defendants respectfully request that the Court extend the deadline for filing objections to the Magistrate Judge's Report and Recommendations by ten (10) days, i.e., from December 5, 2022 to December 15, 2022.

Dated: November 28, 2022  Respectfully submitted,

*/s/ Nancy G. Ross*
Nancy G. Ross
Megan E. Troy
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
nross@mayerbrown.com
mtroy@mayerbrown.com

E. Brantley Webb
1999 K St. NW
Washington, DC 20006
(202) 263-3188
bwebb@mayerbrown.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

*/s/ Nancy G. Ross*
Nancy G. Ross